**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: ) | | |
| **DERRIK ANTHONY KUHNS and** ) | No.: | 16-21971-GLT |
| **STACI ANN KUHNS,** ) | | |
| Debtors. ) | **Chapter 13** | |
| ) | | |
| _____) | Doc. No. | |
| ) | | |
| **DERRIK ANTHONY KUHNS,** ) | Related to Doc. No. 57 | |
| ) | | |
| Movant, ) | | |
| ) | | |
| -vs- ) | | |
| ) | | |
| **WEST PENN POWER,** ) | | |
| Respondent. ) | | |

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the **Notification of Debtor's Social Security Number** and **Order to Pay Trustee Pursuant to Wage Attachment** were served on the entity and at the address stated below by U.S. First Class mail sent on the 22th day of September, 2016.

WEST PENN POWER
ATTN: Payroll Department
800 Cabin Hill Drive
Greensburg, PA 15601

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: September 22, 2016     BY:     /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D.: 307432
Counsel for Debtors

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com