16-1067

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas<br>Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns<br>　　　　　　　　　　Debtor(s)<br>CITIMORTGAGE, INC.<br>　　　　　　　　　　Movant<br>v.<br>Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas<br>Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns<br>and<br>Ronda J. Winnecour, Esquire<br>　　　　　　　　　　Respondents | 16-21971 GLT<br><br>Chapter 13 Proceeding<br><br>Related to Document #37: |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

　　　Movant, CITIMORTGAGE, INC., respectfully withdraws its Objection to Confirmation, which was filed on 08/03/2016, at docket #37.

　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　By:  **/s/  Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　E-mail: Jill@pkjllc.com
　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　Dated:  October 4, 2016

16-1067

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas<br>Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns<br>Debtor(s) | 16-21971 GLT<br><br>Chapter 13 Proceeding<br><br>Related to Document #37: |
| CITIMORTGAGE, INC.<br>Movant<br>v.<br>Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas<br>Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns<br> and<br>Ronda J. Winnecour, Esquire<br>Respondents | |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Jill Manuel-Coughlin, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 4, 2016:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first class U.S. mail.

**Parties Served via Electronic Notification:**

Matthew R Schimizzi Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
600 Grant Street, Suite 3250
Pittsburgh PA 15219
Trustee

**Parties Serviced via First Class Mail:**

Debtor(s)

POWERS KIRN & ASSOCIATES, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@pkjllc.com
Attorney for Movant