FILED
10/5/16 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

16-1067

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas<br>Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns<br>                             Debtor(s)<br>CITIMORTGAGE, INC.<br>                             Movant<br>v.<br>Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas<br>Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns<br>and<br>Ronda J. Winnecour, Esquire<br>                             Respondents | 16-21971 GLT<br><br>Chapter 13 Proceeding<br><br>Related to Dkt. Nos. 69 and 37 |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

      Movant, CITIMORTGAGE, INC., respectfully withdraws its Objection to Confirmation, which was filed on 08/03/2016, at docket #37.

                                        POWERS KIRN & ASSOCIATES, LLC

                                        By:  /s/ Jill Manuel-Coughlin, Esquire
                                        Attorney ID# 63252
                                        Eight Neshaminy Interplex, Suite 215
                                        Trevose, PA 19053
                                        Telephone: 215-942-2090
                                        E-mail: Jill@pkjllc.com
                                        Attorney for Movant
                                        Dated: October 4, 2016

SO ORDERED
October 05, 2016

_____
GREGORY L. TADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Derrik Anthony Kuhns
Staci Ann Kuhns
    Debtors

Case No. 16-21971-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Oct 05, 2016
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db/jdb       Derrik Anthony Kuhns,   Staci Ann Kuhns,   148 Ritenour Ln,   Latrobe, PA 15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
         Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
         dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
         Jill  Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkjllc.com,
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
         Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
         Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
         bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
         jbluemle@weltman.com
         Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
         kebeck@weltman.com,  jbluemle@weltman.com
         Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
         mrs@schimizzilaw.com,  G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
         sbraunstein@udren.com,  vbarber@udren.com
         Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
         sbraunstein@udren.com,  vbarber@udren.com
                                                                                                           TOTAL: 15