Case 16-21971-GLT    Doc 73    Filed 10/19/16    Entered 10/19/16 15:11:23    Desc Main
Document      Page 1 of 1

FILED
10/19/16 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: 16-21971-GLT |
|---|---|---|
|  | : | Chapter: 13 |
| Derrik Anthony Kuhns | : |  |
| Staci Ann Kuhns | : |  |
|  | : | Date: 10/19/2016 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

*MATTER:*   #51 - Relief from the Automatic Stay filed by Nationstar Mortgage LLC
#68 - Response by Debtor

*APPEARANCES*:
Debtors:   Matthew R. Schimizzi
Nationstar:   Matthew McClelland

*NOTES:*

McClelland - Reached an agreement with the Debtors for a 45-day continuance.

Schmizzi - Rental property at issue and the tenant has expressed an interest in purchasing the property.  Needs some time to come to terms on an agreement to purchase.

*OUTCOME:*

1.  Matter continued to December 14, 2016 at 10:00 a.m.  (Text Order to issue).

**DATED:** 10/19/2016