Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Derrik Anthony Kuhns** : | Case No. 16−21971−GLT |
| **aka Derrick A. Kuhns, aka Derrik A. Kuhas** : | Chapter: 13 |
| **Staci Ann Kuhns** : | |
| **aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba** : | |
| **Staci's Cookies, Cakes and Catering** : | |
| *Debtor(s)* : | Related to Claim No. 10 |
| : | |
| PNC Mortgage, a division of PNC Bank, : | |
| N.A./HSBC Bank USA, N.A. as Trustee for : | |
| Deutsche Alt−A Securities Mortgage : | |
| *Movant,* : | |
| : | |
| v. : | |
| Derrik Anthony Kuhns : | |
| aka Derrick A. Kuhns, aka Derrik A. Kuhas : | |
| Staci Ann Kuhns : | |
| aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba : | |
| Staci's Cookies, Cakes and Catering | |
| Ronda J. Winnecour, Esq., Trustee | |
| *Respondent.* | |

**ORDER**

     **AND NOW**, this **5th day of December, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***PNC Mortgage, a division of PNC Bank, N.A./HSBC Bank USA, N.A. as Trustee for Deutsche Alt−A Securities Mortgage*** at Claim No. 10 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

     (1)   an ***AMENDED CHAPTER 13 PLAN;***

     (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

     (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Derrik Anthony Kuhns  
Staci Ann Kuhns  
    Debtors

Case No. 16-21971-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Dec 05, 2016  
                          Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
db/jdb         Derrik Anthony Kuhns,    Staci Ann Kuhns,    148 Ritenour Ln,    Latrobe, PA  15650-3929  
14318545      +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:

        Brett A. Solomon   on behalf of Creditor   First Commonwealth Bank bsolomon@tuckerlaw.com,  
         dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
        Jeremy J. Kobeski   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com  
        Jill Manuel-Coughlin   on behalf of Creditor   CITIMORTGAGE INC jill@pkjllc.com,  
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com  
        John F. Goryl   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com  
        Joseph A. Dessoye   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com  
        Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...  
         bkgroup@kmllawgroup.com  
        Keri P. Ebeck   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...  
         kebeck@weltman.com,   jbluemle@weltman.com  
        Keri P. Ebeck   on behalf of Creditor   PNC Bank, National Association kebeck@weltman.com,  
         jbluemle@weltman.com  
        Matthew R. Schimizzi   on behalf of Debtor   Kuhns Real Estate Investments, LLC  
         mrs@schimizzilaw.com,   G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Matthew R. Schimizzi   on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,  
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Matthew R. Schimizzi   on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,  
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        Sherri J. Braunstein   on behalf of Creditor   PNC Bank, National Association  
         sbraunstein@udren.com,   vbarber@udren.com  
        Sherri J. Braunstein   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...  
         sbraunstein@udren.com,   vbarber@udren.com  
                                                                                                                                 TOTAL: 17