# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
2016 DEC -9 P 1: 06
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### *Conciliation Conference:*

**Debtor:** DERRIK ANTHONY & STACI ANN KUHNS
**Case Number:** 16-21971-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 08, 2016 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#54 - Amended Plan Dated 9-16-16 (NFC)
#58 - Objection by PNC Bank, N.A.
#76 - Objection by PNC Bank, N.A.
R / M #:  0 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: Pecarchik - PNC Bank
Warmbrodt - PNC + Nationstar
Ebeck - PNC Bank

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____.
         A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 12-21-16 at 9:30.
10. _____ Other:

11/29/2016 11:47:17AM

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                        Case No. 16-21971-GLT
Derrik Anthony Kuhns                                          Chapter 13
Staci Ann Kuhns
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: jhel              Page 1 of 1          Date Rcvd: Dec 09, 2016
                            Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
db/jdb        Derrik Anthony Kuhns,    Staci Ann Kuhns,    148 Ritenour Ln,    Latrobe, PA 15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               kebeck@weltman.com,    jbluemle@weltman.com
              Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
               mrs@schimizzilaw.com,    G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               sbraunstein@udren.com,    vbarber@udren.com
              Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
               sbraunstein@udren.com,    vbarber@udren.com
                                                                                               TOTAL: 17