Form 005

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Derrik Anthony Kuhns**
aka Derrick A. Kuhns, aka Derrik A. Kuhas
**Staci Ann Kuhns**
aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba Staci's Cookies,
Cakes and Catering
   Debtor(s)

Bankruptcy Case No.: 16–21971–GLT
Chapter: 13
Related to Document No.: 54
Concil. Conf.: February 23, 2017 at 09:30 AM

## ORDER

On December 21, 2016, a hearing was conducted on the Chapter 13 Plan Dated September 16, 2016 [Dkt. No. 54], at which time the Court determined that an Amended Plan is necessary.

**AND NOW,** this **21st day of December, 2016**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before January 20, 2017,* the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) *On or before February 3, 2017,* all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) *On February 23, 2017 at 09:30 AM ,* a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6) The Amended Plan shall incorporate the sale schedule outlined by the Court during the December 21 hearing. If any property remains unsold by September 30, 2016, the Court will reassess the Debtors' plan funding options at that time.

Dated: December 21, 2016

cm: Debtor
    Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Derrik Anthony Kuhns
Staci Ann Kuhns
    Debtors

Case No. 16-21971-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: ctak        Page 1 of 1        Date Rcvd: Dec 21, 2016
                        Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
db/jdb        Derrik Anthony Kuhns,   Staci Ann Kuhns,   148 Ritenour Ln,   Latrobe, PA 15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
        Brett A. Solomon   on behalf of Creditor   First Commonwealth Bank bsolomon@tuckerlaw.com,
         dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
        James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Jeremy J. Kobeski   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
        Jill Manuel-Coughlin   on behalf of Creditor   CITIMORTGAGE INC jill@pkjllc.com,
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
        John F. Goryl   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
        Joseph A. Dessoye   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
        Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
         bkgroup@kmllawgroup.com
        Keri P. Ebeck   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
         kebeck@weltman.com, jbluemle@weltman.com
        Keri P. Ebeck   on behalf of Creditor   PNC Bank, National Association kebeck@weltman.com,
         jbluemle@weltman.com
        Matthew R. Schimizzi   on behalf of Debtor   Kuhns Real Estate Investments, LLC
         mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
        Matthew R. Schimizzi   on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
        Matthew R. Schimizzi   on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Sherri J. Braunstein   on behalf of Creditor   PNC Bank, National Association
         sbraunstein@udren.com, vbarber@udren.com
        Sherri J. Braunstein   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
         sbraunstein@udren.com, vbarber@udren.com
                                                                                                                          TOTAL: 18