**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas<br>Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 16-21971 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Ditech Financial LLC fka Green Tree Servicing LLC, and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant