**FILED**

**JAN 18 2017**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                            : Case No.: 16-21971-GLT
                                                  : Chapter: 13
Derrik Anthony Kuhns                              :
Staci Ann Kuhns                                   :
                                                  : Date: 1/18/2017
            *Debtor(s)*.                          : Time: 10:00

## PROCEEDING MEMO

**MATTER:** #51- Con't Motion for Relief from Automatic Stay by Nationstar Mortgage LLC

**APPEARANCES:**
  Debtor:     Matthew R. Schimizzi
  Nationstar: James Warmbrodt

**NOTES:**

Warmbrodt - Debtor proposes to sell a number of properties to satisfy the mortgage obligations. Nationstar provided a payoff amount to the Debtors (about $65,000). Value of property is also about $65,000. Debtors will be filing an amended plan and a conciliation conference will be set in late February.

Schmizzi - Agreement of sale prepared and provided to the Debtors. Proposed purchasers (tenant's parents) have still not executed the agreement. Mortgage payoff is slightly more than $65,000. No benefit to the estate for a sale because there would be no proceeds available after payment of the mortgage. Discussed a surrender of the property with the Debtors. Mrs. Kuhns believes the purchaser still wishes to buy the property but it has been several months. Amended plan is due on January 20, 2017. Will provide that remaining properties are to be sold, and will be filing a motion to appoint a realtor.

**OUTCOME:**

1. Order to be issued granting Motion for Relief from Stay. O/E.

**DATED:** 1/18/2017