**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re.: ) | |
| DERRIK ANTHONY KUHNS and ) | No.:   16-21971-GLT |
| STACI ANN KUHNS, ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| _____) | Doc. No. |
| ) | |
| DERRIK ANTHONY KUHNS, ) | Related to Doc. No.  117 |
| ) | |
| Movant, ) | |
| ) | |
| -vs- ) | |
| ) | |
| WEST PENN POWER, ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the **Notification of Debtor's Social Security Number** and **Order to Pay Trustee Pursuant to Wage Attachment** were served on the entity and at the address stated below by U.S. First Class mail sent on the February 2, 2017.

First Energy Corporation
Payroll Services Department
1003 Broad Street – Suite 100
Johnstown, PA  15906-2445

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: February 2, 2017          BY:     /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D.:  307432
Counsel for Debtors

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com