FILED
2/1/17 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| **DERRIK ANTHONY KUHNS and** ) | |
| **STACI ANN KUHNS,** ) | |
| Debtors. ) | **Bankruptcy No. 16-21971-GLT** |
| ) | |
| _____ ) | **Chapter 13** |
| ) | |
| **DERRIK ANTHONY KUHNS,** ) | Related to Dkt. No. 115 |
| Movant, ) | |
| ) | |
| -vs- ) | |
| ) | **Motion No. WO-1** |
| **WEST PENN POWER,** ) | |
| Respondent. ) | |

**ORDER TO PAY TRUSTEE PURSUANT TO SECOND AMENDED WAGE ATTACHMENT**

AND NOW, to wit, this    1st    day of    February,    2017, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtors, and after consideration of the within Motion for Amended Wage Attachment;

IT IS HEREBY ORDERED and DECREED that Debtor's employer, **West Penn Power**, shall increase the amount deducted from Debtor's income by **$19.00**, so that the total amount deducted from Debtor's income is **$2,276.00, bi-weekly,** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sum ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of this Order and local form, but the Social Security number shall not be included on the certificate.

1

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, repayment of retirement loans or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within 30 days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtors and this estate.

Order prepared by:  Matthew R. Schimizzi, Esquire

BY THE COURT:

_____, J.
Gregory L. Taddonio,    cgt
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

ATTEST:

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Derrik Anthony Kuhns  
Staci Ann Kuhns  
    Debtors

Case No. 16-21971-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: bsil   Page 1 of 1   Date Rcvd: Feb 01, 2017  
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.  
db/jdb       Derrik Anthony Kuhns,   Staci Ann Kuhns,   148 Ritenour Ln,   Latrobe, PA  15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:

        Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com  
        James    Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com  
        James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkgroup@kmllawgroup.com  
        Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
        Jill    Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com  
        John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
        Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
        Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com  
        Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com, jbluemle@weltman.com  
        Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... kebeck@weltman.com,    jbluemle@weltman.com  
        Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC mrs@schimizzilaw.com,    G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
        Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association sbraunstein@udren.com,    vbarber@udren.com  
        Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... sbraunstein@udren.com,    vbarber@udren.com

                                                                                                                                                                                TOTAL: 20