# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | |
| **DERRIK ANTHONY KUHNS and** ) | **Bankruptcy No. 16-21971-GLT** |
| **STACI ANN KUHNS,** ) | |
|     **Debtors,** ) | **Chapter 13** |
| ) | |
| ) | **Doc. No.** |
| ) | |
| **DERRIK ANTHONY KUHNS and** ) | **Related to Doc. No. 124** |
| **STACI ANN KUHNS,** ) | |
|     **Movants,** ) | **Hearing Date: March 22, 2017** |
| ) | |
|     **-vs-** ) | **Hearing Time: 10:30 a.m.** |
| ) | |
| **RONDA J. WINNECOUR, TRUSTEE,** ) | |
|     **Respondent.** ) | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTORS' APPLICATION TO EMPLOY REAL ESTATE AGENT

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 6, 2017** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **March 22, 2017** at **10:30 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: February 15, 2017             /s/ Matthew R. Schimizzi
                                                Matthew R. Schimizzi, Esquire
                                                Counsel for Debtors
                                                PA I.D. 307432
                                                35 W. Pittsburgh St.
                                                Greensburg, PA 15601
                                                Phone: (724) 838-9722
                                                Fax:    (724) 837-7868
                                                Email: mrs@schimizzilaw.com