**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re.: ) | | |
| DERRIK ANTHONY KUHNS and ) | No. 16-21971-GLT | |
| STACI ANN KUHNS, ) | | |
|     Debtors, ) | Chapter 13 | |
| ) | | |
| _____ ) | Doc. No. | |
| ) | | |
| DERRIK ANTHONY KUHNS and ) | Related to Doc. No. 129 | |
| STACI ANN KUHNS, ) | | |
|     Movants, ) | | |
| ) | | |
|     -vs- ) | | |
| ) | | |
| TAWNYA DAVIS, ) | | |
|     Respondent. ) | | |

**NOTICE OF CORRECTION OF NAME AND ADDRESS OF PARTY LISTED ON
SCHEDULE G**

TO THE CLERK:

The following incorrect name and address was listed on Schedule G:

Tammy Davis
121 Campbell Avenue
Connellsville, PA 15425-4305

PLEASE TAKE NOTICE that the following is the correct name and address as listed on the Amended Schedule G being filed contemporaneously herewith:

Tawnya Davis
102 Campbell Avenue
Connellsville, PA 15425-2801

Respectfully submitted:
SCHIMIZZI LAW, LLC

Date: February 15, 2017          BY:    /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtors
PA I.D. 307432

Keystone Commons
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com