# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re.: ) | | |
| DERRIK ANTHONY KUHNS and ) | No. 16-21971-GLT | |
| STACI ANN KUHNS, ) | | |
|     Debtors, ) | Chapter 13 | |
| ) | | |
| _____ ) | Doc. No. | |
| ) | | |
| DERRIK ANTHONY KUHNS and ) | Related to Doc. Nos. 129 & 130 | |
| STACI ANN KUHNS, ) | | |
|     Movants, ) | | |
| ) | | |
| -vs- ) | | |
| ) | | |
| TAWNYA DAVIS, ) | | |
|     Respondent. ) | | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Matthew R. Schimizzi, Esquire, counsel for the debtors in the above-captioned case, hereby certify that the following name and address was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

**Tawnya Davis**
**102 Campbell Avenue**
**Connellsville, PA 15425-2801**

Date: February 15, 2017

/s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D. No. 307432

Schimizzi Law, LLC
35 West Pittsburgh Street
Greensburg, PA 15601

Phone: 724-838-9722
Fax:    724-837-7868
Email: mrs@schimizzilaw.com

**PAWB Local Form 30 (07/13)**