

**FILED**

FEB 15 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                     )
DERRIK ANTHONY KUHNS and      )
STACI ANN KUHNS,                             )          No. 16-21971-GLT
          Debtors.                             )
_____)          Chapter 13
                                                              )
FIRST COMMONWEALTH BANK,       )          Hearing Date: Feb. 5, 2017
          Movant,                              )
                                                              )          Hearing Time: 9:00 a.m.
   -vs-                                              )
                                                              )          Response Date:  Feb. 3, 2017
DERRIK ANTHONY KUHNS,             )
STACI ANN KUHNS,                             )          Related to Doc. No. 108
KUHNS REAL ESTATE INVESTMENTS, LLC,  )
CO-DEBTOR and RONDA J. WINNECOUR,  )          Doc. No.
TRUSTEE,                                          )
          Respondents.                     )

### ORDER OF COURT

    **AND NOW**, to wit, this _15th_ day of _February_, 2017, upon

consideration of First Commonwealth Bank's Motion for Relief from the Automatic Stay and for

Co-Debtor Relief, and all responses thereto, IT IS HEREBY ORDERED, ADJUDGED, and

DECREED that First Commonwealth Bank's Motion is **denied**.

                        BY THE COURT:

                        _____,J.
                        Gregory L. Taddonio
                        United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21971-GLT
Derrik Anthony Kuhns                                                       Chapter 13
Staci Ann Kuhns
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 1              Date Rcvd: Feb 15, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
db/jdb          Derrik Anthony Kuhns,    Staci Ann Kuhns,    148 Ritenour Ln,    Latrobe, PA  15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
              Brett A. Solomon   on behalf of Creditor   First Commonwealth Bank bsolomon@tuckerlaw.com,
              dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James  Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
              bkgroup@kmllawgroup.com
              James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
              bkgroup@kmllawgroup.com
              Jeremy J. Kobeski   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
              Jill  Manuel-Coughlin   on behalf of Creditor   CITIMORTGAGE INC jill@pkjllc.com,
              chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              John F. Goryl   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph A. Dessoye   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
              bkgroup@kmllawgroup.com
              Keri P. Ebeck   on behalf of Creditor   PNC Bank, National Association kebeck@weltman.com,
              jbluemle@weltman.com
              Keri P. Ebeck   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
              kebeck@weltman.com,  jbluemle@weltman.com
              Matthew R. Schimizzi   on behalf of Debtor   Kuhns Real Estate Investments, LLC
              mrs@schimizzilaw.com,  G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi   on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
              G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi   on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
              G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
              srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sherri J. Braunstein   on behalf of Creditor   PNC Bank, National Association
              sbraunstein@udren.com,  vbarber@udren.com
              Sherri J. Braunstein   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
              sbraunstein@udren.com,  vbarber@udren.com
                                                                                         TOTAL: 22