# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | DERRIK ANTHONY & STACI ANN KUHNS |
| Case Number: | 16-21971-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 23, 2017 09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matter:

#110 - Amended Plan Dated 1-20-17 (NFC)
#116 - Amended Objection by PNC Bank
#119 - Objection by Ditech Financial, LLC
R / M #:  110 / 0

RECEIVED 2017 FEB 23 P 4:18 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### Appearances:

Debtor: Schimizzi

Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor: Pecarchik – PNC
Warmbrodt – Ditech + PNC 101 Chestnut + 2116 W. 1st Berry
Vandermark – First Comm Bank

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to  5/18/17  at  10:30 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/15/2017   3:25:39PM