Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Derrik Anthony Kuhns** | : | Case No. 16−21971−GLT |
| **aka Derrick A. Kuhns, aka Derrik A. Kuhas** | : | Chapter: 13 |
| **Staci Ann Kuhns** | : | |
| **aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba** | : | |
| **Staci's Cookies, Cakes and Catering** | : | |
| *Debtor(s)* | : | Related to Claim No. 9 |
| | : | |
| Citibank, N.A. | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Derrik Anthony Kuhns, | : | |
| Staci Ann Kuhns and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **22nd day of February, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Citibank, N.A.* at Claim No. 9 in the above−captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Derrik Anthony Kuhns
Staci Ann Kuhns
    Debtors

Case No. 16-21971-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Feb 22, 2017
Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.
db/jdb    Derrik Anthony Kuhns,   Staci Ann Kuhns,   148 Ritenour Ln,   Latrobe, PA  15650-3929
14308897    Citibank, N.A.,   P O Box 6030,   Sioux Falls, SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:
    Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
     dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
    James    Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
     bkgroup@kmllawgroup.com
    James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
    James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
    James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
     bkgroup@kmllawgroup.com
    Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
    Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
    Jill   Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkjllc.com,
     chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
    John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
    Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
    Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
    Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
     bkgroup@kmllawgroup.com
    Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
     jbluemle@weltman.com
    Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
     kebeck@weltman.com,   jbluemle@weltman.com
    Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
     mrs@schimizzilaw.com,   G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
    Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
     G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
    Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
     G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
    Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
     sbraunstein@udren.com,   vbarber@udren.com
    Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
     sbraunstein@udren.com,   vbarber@udren.com
                                                                                                                                           TOTAL: 22