**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| DERRIK ANTHONY KUHNS and | ) | Bankruptcy No. 16-21971-GLT |
| STACI ANN KUHNS, | ) | |
|     Debtors, | ) | Chapter 13 |
| | ) | |
| | ) | Doc. No. |
| | ) | |
| DERRIK ANTHONY KUHNS and | ) | Related to Doc. Nos. 124, 125 & 137 |
| STACI ANN KUHNS, | ) | |
|     Movants, | ) | Hearing Date: March 22, 2017 |
| | ) | |
|     -vs- | ) | Hearing Time: 10:30 a.m. |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
|     Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' APPLICATION TO EMPLOY REAL ESTATE AGENT AND AMENDED
APPLICATION TO EMPLOY REAL ESTATE AGENT**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtors' Application to Employ Real Estate Agent** filed at document number 124 on February 15, 2017, and **Debtors' Amended Application to Employ Real Estate Agent** filed at document number 136 on March 3, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **March 6, 2017**.

    It is hereby respectfully requested that the Order attached to the Amended Application be entered by the Court.

                                                 Respectfully submitted:
                                                 SCHIMIZZI LAW, LLC

Date: March 14, 2017            BY:    /s/ Matthew R. Schimizzi
                                                    Matthew R. Schimizzi, Esquire
                                                    Counsel for Debtors
                                                    PA I.D. 307432

                                                    Keystone Commons
                                                    35 W. Pittsburgh St.
                                                    Greensburg, PA 15601
                                                    Phone: (724) 838-9722
                                                    Fax:    (724) 837-7868
                                                    Email: mrs@schimizzilaw.com