FILED
3/15/17 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| DERRIK ANTHONY KUHNS and | ) | Bankruptcy No. 16-21971-GLT |
| STACI ANN KUHNS, | ) | |
|     Debtors, | ) | Chapter 13 |
| | ) | |
| _____ | ) | Doc. No. |
| | ) | |
| DERRIK ANTHONY KUHNS and | ) | Related to Docket No. 136 |
| STACI ANN KUHNS, | ) | |
|     Movants, | ) | Hearing Date: March 22, 2017 |
| | ) | |
| -vs- | ) | Hearing Time: 10:30 a.m. |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
|     Respondent. | ) | |

## ORDER OF COURT

AND NOW, upon consideration of Debtors' Application to Employ Real Estate Agent filed at Doc. No. 124 and Debtors' Amended Application filed at Doc. No. 136 (collectively referred to as the "Application"), IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The Application is hereby approved as of the date the Application was filed.

2. Barbara A. Fichtner, and her firm, Northwood Realty Services, 801 North Greengate Road, Greensburg, PA 15601, is hereby appointed as real estate agent for the Debtors in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtors' agent in connection with the sale of the following properties:

    (a)    310 N. Liberty Street, Blairsville, Indiana County, PA 15717;

    (b)    102 Campbell Avenue, Connellsville, Fayette County, PA 15425;

    (c)    508 Braden Avenue, Derry, Westmoreland County, PA 15627;

    (d)    504 Braden Avenue, Derry, Westmoreland County, PA 15627;

    (e)    816 W. 1st Street, Derry, Westmoreland County, PA 15627; and,

    (f)  181 Chestnut Street, Robinson, Indiana County, PA 15949.

A realtor commission on the sale of each property in the amount of 6% of the sale price or $3,775.00, whichever is greater, is tentatively approved, subject to final Court Order.

   3.  Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

   4.  The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

   5.  Applicant shall serve the within Order on all interested parties and file a certificate of service.

              BY THE COURT:

Date: March 15, 2017

              GREGORY L. TADDONIO  
              UNITED STATES BANKRUPTCY JUDGE

cc: Trustee
   Debtors
   Counsel
   Realtor/Broker
   Office of the U.S. Trustee

**ENTERED BY DEFAULT**

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Derrik Anthony Kuhns
Staci Ann Kuhns
    Debtors

Case No. 16-21971-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 15, 2017
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
db/jdb         Derrik Anthony Kuhns,    Staci Ann Kuhns,    148 Ritenour Ln,    Latrobe, PA 15650-3929
r            +Barbara A. Fichtner,    Northwood Realty Services,    801 N. Greengate Road,
               Greensburg, PA 15601-7460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:
         Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
          dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
          bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
          bkgroup@kmllawgroup.com
         Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
         Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
         Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkjllc.com,
          chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
         John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
         Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
         Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
          bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
          jbluemle@weltman.com
         Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
          kebeck@weltman.com, jbluemle@weltman.com
         Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
          mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
          sbraunstein@udren.com, vbarber@udren.com
         Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
          sbraunstein@udren.com, vbarber@udren.com
                                                                                        TOTAL: 22