Form 237

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Derrik Anthony Kuhns** | : | Case No. 16–21971–GLT |
| **aka Derrick A. Kuhns, aka Derrik A. Kuhas** | : | Chapter: 13 |
| **Staci Ann Kuhns** | : | |
| **aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba** | : | |
| **Staci's Cookies, Cakes and Catering** | : | |
| *Debtor(s)* | : | Related to Claim No. 9 |
| | : | |
| Citibank, N.A. | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Derrik Anthony Kuhns, | : | |
| Staci Ann Kuhns and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

　　　**AND NOW**, this **27th day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Citibank, N.A.* at Claim No. 9 in the above−captioned bankruptcy case,

　　　It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

　　　*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Derrik Anthony Kuhns
Staci Ann Kuhns
    Debtors

Case No. 16-21971-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Mar 27, 2017
                Form ID: 237    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2017.
db/jdb        Derrik Anthony Kuhns,   Staci Ann Kuhns,   148 Ritenour Ln,   Latrobe, PA  15650-3929
14308897      Citibank, N.A.,   P O Box 6030,   Sioux Falls, SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2017 at the address(es) listed below:

        Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
        James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkgroup@kmllawgroup.com
        Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
        Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
        Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
        Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
        Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com, jbluemle@weltman.com
        Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... kebeck@weltman.com,  jbluemle@weltman.com
        Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
        Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
        Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association sbraunstein@udren.com,  vbarber@udren.com
        Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... sbraunstein@udren.com,  vbarber@udren.com
                                                                                      TOTAL: 22