**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Derrik Anthony Kuhns** | : | Case No. 16−21971−GLT |
| **aka Derrick A. Kuhns, aka Derrik A. Kuhas** | : | Chapter: 13 |
| **Staci Ann Kuhns** | : | |
| **aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba** | : | |
| **Staci's Cookies, Cakes and Catering** | : | |
| *Debtor(s)* | : | Related to Claim No. 9 |
| | : | |
| Citibank, N.A. | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Derrik Anthony Kuhns, | : | |
| Staci Ann Kuhns and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

**ORDER**

       **AND NOW**, this **25th day of April, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Citibank, N.A.*** at Claim No. 9 in the above−captioned bankruptcy case,

       It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

       *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

*(signature)*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-21971-GLT
Derrik Anthony Kuhns                                                     Chapter 13
Staci Ann Kuhns
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil         Page 1 of 1         Date Rcvd: Apr 25, 2017
                            Form ID: 237       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db/jdb          Derrik Anthony Kuhns,    Staci Ann Kuhns,    148 Ritenour Ln,    Latrobe, PA  15650-3929
                Citibank, N.A.,    PO Box 6030,    Sioux Falls, SD  57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               kebeck@weltman.com,  jbluemle@weltman.com
              Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
               mrs@schimizzilaw.com,  G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
               sbraunstein@udren.com,  vbarber@udren.com
              Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               sbraunstein@udren.com,  vbarber@udren.com
                                                                                             TOTAL: 22