**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERNS DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, | ) ) | |
| Debtors, | ) | No. 16-21971-GLT |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, | ) ) | Doc. No. |
| Movants, | ) | Related to Doc. No. 146 |
| | ) | |
| -vs- | ) | Hearing Date:  June 14, 2017 |
| | ) | |
| FIRST COMMONWEALTH BANK, | ) | Hearing Time:  10:30 a.m. |
| FAYETTE COUNTY, | ) | |
| CITY OF CONNELLSVILLE, | ) | |
| CONNELLSVILLE AREA SCHOOL | ) | |
| DISTRICT, | ) | |
| NANCY LEE WILSON, TREASURER, | ) | |
| MARILYN WEAVER, TAX COLLECTOR, | ) | |
| FAYETTE COUNTY TAX CLAIM BUREAU, | ) | |
| PENNSYLVANIA AMERICAN WATER, | ) | |
| CONNELLSVILLE MUNICIPAL | ) | |
| AUTHORITY, and RONDA J. WINNECOUR, | ) | |
| TRUSTEE, | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING ON MOTION TO SELL PROPERTY
FREE AND DIVESTED OF LIENS**

TO:  The Respondents and all creditors and parties in interest of the above named Debtors:

NOTICE IS HEREBY GIVEN that Debtors have filed a **Motion to Sell Real Property Free**

**and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances Pursuant**

**to 11 U.S.C. § 363** the following property:

**102 Campbell Avenue
Connellsville, Fayette County, Pennsylvania 15425
Being identified as Fayette County Tax ID # 05-10-0014**

to Kevin Burkholder, Jr., for $14,000.00 according to the terms set forth in the Motion to Sell.

An Order has been issued setting deadlines for objections to the sale of property and for the date

of the hearing on the sale.  ***On or before June 2, 2017***, any objections shall be filed with the U.S.

Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on

all interested parties.  A hearing is scheduled for *.***June 14, 2017,*** at **10:30 a.m.** before Judge Gregory L.

1

Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, **_at which_**

**_time higher/better offers will be considered and objections to the sale will be heard_**.

Date of Notice: May 12, 2017                 /s/ Matthew R. Schimizzi
                                          Matthew R. Schimizzi, Esquire
                                          Counsel for Debtors
                                          PA I.D. 307432
                                          Schimizzi Law, LLC
                                          Keystone Commons
                                          35 W. Pittsburgh St.
                                          Greensburg, PA 15601
                                          Phone:  (724) 838-9722
                                          Fax:     (724) 837-7868
                                          Email:  mrs@schimizzilaw.com

Arrangements for inspection prior
to said sale hearing may be made with:

**Barbara A. Fichtner**
Northwood Realty Services
801 N. Greengate Road
Greensburg, PA 15601
(724) 216-1905