### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERNS DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRIK ANTHONY KUHNS and** | ) | |
| **STACI ANN KUHNS,** | ) | **No. 16-21971-GLT** |
| **Debtors,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | **Doc. No.** |
| | ) | |
| | ) | **Related to Doc. No. 146** |

### NOTICE OF SALE

NOTICE is hereby given that Matthew R. Schimizzi, Esquire, counsel for the Debtors, has filed a motion to sell, free and clear of all liens and encumbrances, the real property located at 102 Campbell Avenue, Connellsville, Fayette County, Pennsylvania, which is more fully described in the deed of record in the Office of the Recorder of Deeds of Fayette County at Instrument No. 200500011828, and identified as Fayette County Tax ID # 05-10-0014.  Said motion is of record in the above-captioned case and may be examined.  Additional information regarding the sale and property to be sold can be found on the Bankruptcy Court's EASI website at www.pawb.uscourts.gov.  The sale hearing will be held on ***June 14, 2017, at 10:30 a.m.*** in Courtroom A of the United States Bankruptcy Court for the Western District of Pennsylvania, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Objections to the sale must be filed and served on or before ***June 2, 2017***.  An initial offer of **$14,000.00** has been received.  Higher and better offers will be considered at the hearing.  If you wish to discuss the terms/conditions of the sale or examine the property to be sold, contact Barbara A. Fichtner, Northwood Realty Services, 801 North Greengate Road, Greensburg, PA 15601, (724) 216-1905.  The successful buyer must deposit hand money of $1,000.00 at the time of the approval of the sale by the Court, with the balance to be paid at closing.  Proof of financing or available funds to close the transaction must be presented at the hearing.  All payment must be via certified check or other form of assured and guaranteed payment as may be acceptable to Debtor's counsel.  Cash will not be accepted.

SCHIMIZZI LAW, LLC

Date of Notice:  May 12, 2017          BY:     /s/ Matthew R. Schimizzi
                                                Matthew R. Schimizzi, Esquire
                                                Counsel for Debtors
                                                PA I.D. 307432
                                                Keystone Commons
                                                35 W. Pittsburgh St.
                                                Greensburg, PA 15601
                                                Phone: (724) 838-9722
                                                Fax:    (724) 837-7868
                                                Email: mrs@schimizzilaw.com