## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERNS DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, Debtors, | No. 16-21971-GLT <br> Chapter 13 |
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, Movants, | Doc. No. <br> Related to Doc. No. 146, 148 and 149 |
| -vs- | Hearing Date: |
| FIRST COMMONWEALTH BANK, FAYETTE COUNTY, FAYETTE COUNTY TAX CLAIM BUREAU, CITY OF CONNELLSVILLE, CONNELLSVILLE AREA SCHOOL DISTRICT, NANCY LEE WILSON, TREASURER, MARILYN WEAVER, TAX COLLECTOR, PENNSYLVANIA AMERICAN WATER, CONNELLSVILLE MUNICIPAL AUTHORITY, and RONDA J. WINNECOUR, TRUSTEE, Respondents. | Hearing Time: <br> Response Deadline: |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy **of Debtors' Notice of Hearing on Motion to Sell Property Free and Divested of Liens, Debtors' Motion to Sell Real Property Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances Pursuant to 11 U.S.C. §363 and Notice of Sale** were served upon the parties on the attached list by First Class Mail sent on May 15, 2017:

                                                  Respectfully submitted:
                                                  SCHIMIZZI LAW, LLC

Date: May 16, 2017         BY:  /s/ Matthew R. Schimizzi
                                                  Matthew R. Schimizzi, Esquire
                                                  PA ID 307432
                                                  Counsel for Debtors
                                                  35 West Pittsburgh Street
                                                  Greensburg, PA  15601
                                                     Phone: 724-838-9722
                                                     Fax:    724-837-7868
                                                 Email: mrs@schimizzilaw.com

Ashley Funding Services, LLC its successors
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Brett A. Solomon, Esquire
1500 One PPG Pl
Pittsburgh, PA 15222-5416

Capital One Bank, USA, NA
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Bank USA, NA
PO Box 15298
Wilmington, DE 19850-5298

Citibank, N.A
PO Box 6181
Sioux Falls, SD 57117-6181

Citimortgage
PO Box 6205
Sioux Falls, SD 57117-6205

Comenity Bank/DMSTCTNS
PO Box 182789
Columbus, OH 43218-2789

Credit Protection Assoc.
13355 Noel Rd Ste 2100
Dallas, TX 75240-6837

First Commonwealth Bank
c/o Brett A. Solomon, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One Bank, USA, NA
PO Box 71083
Charlotte, NC 28272-1083

Chase/Bank One Card Services
PO Box 15298
Wilmington, DE 19850-5298

Citibank, N.A
PO Box 6243
Sioux Falls, SD 57117-6243

Citimortgage
PO Box 6243
Sioux Falls, SD 57117-6243

Comenity Bank/Fashion Bug
PO Box 182789
Columbus, OH 43218-2789

Daniel Santucci
1 International Plz Fl 5
Philadelphia, PA 19113-1510

Peoples Natural Gas Company, LLC
Attn: Dawn Lindner
225 North Shore Drive
Pittsburgh, PA 15212-5861

Citibank, N.A.
P O Box 6030
Sioux Falls, SD 57117-6030

Bill Arnold
508 Braden Ave
Derry, PA 15627-1724

Capital One Bank USA, NA
PO Box 30281
Salt Lake City, UT 84130-0281

Charlene Schmitt
310 N Liberty St
Blairsville, PA 15717-1322

Citibank, N.A
701 E 60th St N
Sioux Falls, SD 57104-0493

Citibank, N.A.
PO Box 78015
Phoenix, AZ 85062-8015

Citimortgage
PO Box 78015
Phoenix, AZ 85062-8015

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Derek C. Blasker, Esquire
1060 Andrew Dr Ste 170
West Chester, PA 19380-5601

| | | |
|---|---|---|
| Ditech<br>PO Box 94710<br>Palatine, IL  60094-4710 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | (p)FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 |
| HSBC Bank USA, NA<br>c/o PNC Bank, NA<br>3232 Newmark Dr<br>Miamisburg, OH  45342-5421 | Jessica N. Manis, Esquire<br>8 Neshaminy Interplex Dr Ste 215<br>Trevose, PA  19053-6980 | Jessica Shearer<br>504 Braden Ave<br>Derry, PA  15627-1724 |
| Judy McIntire<br>310 N Liberty St<br>Blairsville, PA  15717-1322 | LSF9 MASTER PARTICIPATION TRUST<br>CALIBER HOME LOANS, INC.<br>13801 WIRELESS WAY<br>OKLAHOMA CITY, OK 73134-2500 | LSFP MASTER PARTICIPATION TRUST<br>CALIBER HOME LOANS, INC.<br>13801 WIRELESS WAY<br>OKLAHOMA CITY, OK 73134-2500 |
| Maruin Slee<br>PO Box 196<br>Robinson, PA  15949-0196 | Michael J. Witherel, Esquire<br>966 Perry Hwy<br>Pittsburgh, PA  15237-2107 | Michael T. McKeever, Esquire<br>701 Market St Ste 5000<br>Philadelphia, PA  19106-1541 |
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Midland Funding, LLC<br>2365 Northside Dr Ste 300<br>San Diego, CA  92108-2709 | Municipal Authority of Derry Borough<br>620 N Chestnut St<br>Derry, PA  15627-1728 |
| Nationstar Mortgage<br>PO Box 619094<br>Dallas, TX  75261-9094 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage, LLC<br>c/o Alexander K. Lee<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Nicole B. Labletta, Esq.<br>111 Woodcrest Rd Ste 2000<br>Cherry Hill, NJ  08003-3620 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank<br>3232 Newmark Dr<br>Miamisburg, OH  45342-5421 |
| PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PNC Bank, National Association<br>c/o PNC Mortgage, a division of PNC Bank<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | Peak Slee<br>PO Box 196<br>Robinson, PA  15949-0196 |
| Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA  15264-4760 | Peoples Natural Gas<br>375 N Shore Dr<br>Pittsburgh, PA  15212-5866 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Robert W. Williams, Esquire<br>1 E Stow Rd<br>Marlton, NJ  08053-3118 | Romel L. Nicholas, Esquire<br>519 Court Pl<br>Pittsburgh, PA  15219-2002 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI  53566-1364 |

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Shawn Evans
816 W 1st Ave
Derry, PA 15627-1404

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849


Synchrony Bank - JCPenney
PO Box 965007
Orlando, FL 32896-5007

Synchrony Bank/Toys R Us
PO Box 965001
Orlando, FL 32896-5001

Tawnya Davis
102 Campbell Ave
Connellsville, PA 15425-2801


Theresa Cherio
PO Box 45
Robinson, PA 15949-0045

Unity Township Municipal Authority
ATTN: Joseph G. Lucas, Esquire
519 Court Place
Pittsburgh, PA 15219-2002

Unity Township Municipal Authority
PO Box 506
Pleasant Unity, PA 15676-0506


Barbara A. Fichtner
Northwood Realty Services
801 N. Greengate Road
Greensburg, PA 15601-7460

Derrik Anthony Kuhns
148 Ritenour Ln
Latrobe, PA 15650-3929

Fayette County
c/o John Purcess, Esquire
61 East Main Street
Uniontown, PA 15401


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Staci Ann Kuhns
148 Ritenour Ln
Latrobe, PA 15650-3929

City of Connellsville
c/o Timothy J. Witt, Esquire
Watson Mundorff Brooks & Sepic
720 Vanderbilt Road
Connellsville, PA 15425


Kevin Burkholder, Jr.
311 Ash Street
Melcroft, PA 15462

Marilyn Weaver, Tax Collector
110 North Arch Street
Connellsville, PA 15425

Fayette County tax Claim Bureau
c/o Sarah E. Minnick, Director
61 East Main Street
Uniontown, PA 15401


Pennsylvania American Water
c/o Kathy Pape, President
800 W. Hershey Park Drive
Hershey, PA 17033

Connellsville Area School District
c/o Steven M. Toprani, Esquire
Dodaro, Matta & Cambest
1900 Main Street, Ste 207
Canonsburg, PA 15317


Connellsville Municipal Authority
c/o Richard Husband, Esquire
208 South Arch Street
Connellsville, PA 15425

Nancy Lee Wilson, Treasurer
61 East Main Street
Uniontown, PA 15401