# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** DERRIK ANTHONY & STACI ANN KUHNS
**Case Number:** 16-21971-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 18, 2017 10:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/23/17 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#110 - Continued Confirmation of Plan Dated 1/20/2017 (NFC)
R / M #:  110 / 0

### *Appearances:*

Debtor: Schmizzi
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: Warmbrodt - Ditech + PNC

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9-7-17 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/12/2017   8:15:27AM