## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERNS DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, Debtors, | No. 16-21971-GLT |
| | Chapter 13 |
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, Movants, | Doc. No. |
| | Related to Doc. No. 159 |
| -vs- | Hearing Date: June 14, 2017 |
| FIRST COMMONWEALTH BANK, FAYETTE COUNTY, FAYETTE COUNTY TAX CLAIM BUREAU, CITY OF CONNELLSVILLE, CONNELLSVILLE AREA SCHOOL DISTRICT, NANCY LEE WILSON, TREASURER, MARILYN WEAVER, TAX COLLECTOR, PENNSYLVANIA AMERICAN WATER, CONNELLSVILLE MUNICIPAL AUTHORITY, and RONDA J. WINNECOUR, TRUSTEE, Respondents. | Hearing Time: 10:30 AM |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **Order Confirming Chapter 13 Sale of Property Free and Divested of Liens** entered on June 14, 2017, was served upon the parties on the attached list by USPS First Class Mail sent on June 15, 2017.

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date:   June 16, 2017        BY:    /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA ID  307432
Counsel for Debtors

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA   15601
PHONE:   724-838-9722
FAX:        724-837-7868
Email:     mrs@schimizzilaw.com

| | | |
|---|---|---|
| Ashley Funding Services, LLC its successors assigns as assignee of Laboratory Corporation of America Holdings Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | First Commonwealth Bank c/o Brett A. Solomon, Esquire Tucker Arensberg, P.C. 1500 One PPG Place Pittsburgh, PA 15222-5413 | Peoples Natural Gas Company, LLC Attn: Dawn Lindner 225 North Shore Drive Pittsburgh, PA 15212-5861 |
| Brett A. Solomon, Esquire 1500 One PPG Pl Pittsburgh, PA 15222-5416 | CitiMortgage, Inc. P.O. Box 688971 Des Moines, IA 50368-8971 | Citibank, N.A. P O Box 6030 Sioux Falls, SD 57117-6030 |
| Capital One Bank, USA, NA PO Box 30285 Salt Lake City, UT 84130-0285 | (p)BANK OF AMERICA PO BOX 982238 EL PASO TX 79998-2238 | Bill Arnold 508 Braden Ave Derry, PA 15627-1724 |
| Chase Bank USA, NA PO Box 15298 Wilmington, DE 19850-5298 | Capital One PO Box 30253 Salt Lake City, UT 84130-0253 | Capital One Bank USA, NA PO Box 30281 Salt Lake City, UT 84130-0281 |
| Citibank, N.A PO Box 6181 Sioux Falls, SD 57117-6181 | Capital One Bank, USA, NA PO Box 71083 Charlotte, NC 28272-1083 | Charlene Schmitt 310 N Liberty St Blairsville, PA 15717-1322 |
| Citimortgage PO Box 6205 Sioux Falls, SD 57117-6205 | Chase/Bank One Card Services PO Box 15298 Wilmington, DE 19850-5298 | Citibank, N.A 701 E 60th St N Sioux Falls, SD 57104-0493 |
| Comenity Bank/DMSTCTNS PO Box 182789 Columbus, OH 43218-2789 | Citibank, N.A PO Box 6243 Sioux Falls, SD 57117-6243 | Citibank, N.A. PO Box 78015 Phoenix, AZ 85062-8015 |
| Credit Protection Assoc. 13355 Noel Rd Ste 2100 Dallas, TX 75240-6837 | Citimortgage PO Box 6243 Sioux Falls, SD 57117-6243 | Citimortgage PO Box 78015 Phoenix, AZ 85062-8015 |
| | Comenity Bank/Fashion Bug PO Box 182789 Columbus, OH 43218-2789 | Credit One Bank PO Box 98872 Las Vegas, NV 89193-8872 |
| | Daniel Santucci 1 International Plz Fl 5 Philadelphia, PA 19113-1510 | Derek C. Blasker, Esquire 1060 Andrew Dr Ste 170 West Chester, PA 19380-5601 |

| | | |
|---|---|---|
| Ditech<br>PO Box 94710<br>Palatine, IL 60094-4710 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | (p)FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 |
| HSBC Bank USA, NA<br>c/o PNC Bank, NA<br>3232 Newmark Dr<br>Miamisburg, OH 45342-5421 | Jessica N. Manis, Esquire<br>8 Neshaminy Interplex Dr Ste 215<br>Trevose, PA 19053-6980 | Jessica Shearer<br>504 Braden Ave<br>Derry, PA 15627-1724 |
| Judy McIntire<br>310 N Liberty St<br>Blairsville, PA 15717-1322 | LSF9 MASTER PARTICIPATION TRUST<br>CALIBER HOME LOANS, INC.<br>13801 WIRELESS WAY<br>OKLAHOMA CITY, OK 73134-2500 | LSFP MASTER PARTICIPATION TRUST<br>CALIBER HOME LOANS, INC.<br>13801 WIRELESS WAY<br>OKLAHOMA CITY, OK 73134-2500 |
| Maruin Slee<br>PO Box 196<br>Robinson, PA 15949-0196 | Michael J. Witherel, Esquire<br>966 Perry Hwy<br>Pittsburgh, PA 15237-2107 | Michael T. McKeever, Esquire<br>701 Market St Ste 5000<br>Philadelphia, PA 19106-1541 |
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Midland Funding, LLC<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Municipal Authority of Derry Borough<br>620 N Chestnut St<br>Derry, PA 15627-1728 |
| Nationstar Mortgage<br>PO Box 619094<br>Dallas, TX 75261-9094 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage, LLC<br>c/o Alexander K. Lee<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Nicole B. Labletta, Esq.<br>111 Woodcrest Rd Ste 2000<br>Cherry Hill, NJ 08003-3620 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank<br>3232 Newmark Dr<br>Miamisburg, OH 45342-5421 |
| ~~PNC Bank, N.A.~~<br>~~3232 Newmark Drive~~<br>~~Miamisburg, OH 45342-5421~~ | PNC Bank, National Association<br>c/o PNC Mortgage, a division of PNC Bank<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | Peak Slee<br>PO Box 196<br>Robinson, PA 15949-0196 |
| Peoples Gas<br>PO Box 644760<br>Pittsburgh, PA 15264-4760 | Peoples Natural Gas<br>375 N Shore Dr<br>Pittsburgh, PA 15212-5866 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Robert W. Williams, Esquire<br>1 E Stow Rd<br>Marlton, NJ 08053-3118 | Romel L. Nicholas, Esquire<br>519 Court Pl<br>Pittsburgh, PA 15219-2002 | Seventh Avenue<br>1112 7th Ave<br>Monroe, WI 53566-1364 |

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Shawn Evans
816 W 1st Ave
Derry, PA 15627-1404

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Synchrony Bank - JCPenney
PO Box 965007
Orlando, FL 32896-5007

Synchrony Bank/Toys R Us
PO Box 965001
Orlando, FL 32896-5001

Tawnya Davis
102 Campbell Ave
Connellsville, PA 15425-2801

Theresa Cherio
PO Box 45
Robinson, PA 15949-0045

Unity Township Municipal Authority
ATTN: Joseph G. Lucas, Esquire
519 Court Place
Pittsburgh, PA 15219-2002

Unity Township Municipal Authority
PO Box 506
Pleasant Unity, PA 15676-0506

Barbara A. Fichtner
Northwood Realty Services
801 N. Greengate Road
Greensburg, PA 15601-7460

Derrik Anthony Kuhns
148 Ritenour Ln
Latrobe, PA 15650-3929

Fayette County
c/o John Purcess, Esquire
61 East Main Street
Uniontown, PA 15401

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Staci Ann Kuhns
148 Ritenour Ln
Latrobe, PA 15650-3929

City of Connellsville
c/o Timothy J. Witt, Esquire
Watson Mundorff Brooks & Sepic
720 Vanderbilt Road
Connellsville, PA 15425

Kevin Burkholder, Jr.
311 Ash Street
Melcroft, PA 15462

Marilyn Weaver, Tax Collector
110 North Arch Street
Connellsville, PA 15425

Fayette County tax Claim Bureau
c/o Sarah E. Minnick, Director
61 East Main Street
Uniontown, PA 15401

Pennsylvania American Water
c/o Kathy Pape, President
800 W. Hershey Park Drive
Hershey, PA 17033

Connellsville Area School District
c/o Steven M. Toprani, Esquire
Dodaro, Matta & Cambest
1900 Main Street, Ste 207
Canonsburg, PA 15317

Connellsville Municipal Authority
c/o Richard Husband, Esquire
208 South Arch Street
Connellsville, PA 15425

Nancy Lee Wilson, Treasurer
61 East Main Street
Uniontown, PA 15401