

FILED
JUN 14 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERNS DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS,<br>Debtors, | No. 16-21971-GLT<br>Chapter 13 |
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS,<br>Movants,<br>-vs-<br>FIRST COMMONWEALTH BANK, FAYETTE COUNTY, CITY OF CONNELLSVILLE, CONNELLSVILLE AREA SCHOOL DISTRICT, NANCY LEE WILSON, TREASURER, MARILYN WEAVER, TAX COLLECTOR, FAYETTE COUNTY TAX CLAIM BUREAU, PENNSYLVANIA AMERICAN WATER, CONNELLSVILLE MUNICIPAL AUTHORITY, and RONDA J. WINNECOUR, TRUSTEE,<br>Respondents. | Related to Dkt. No. 146<br><br>Hearing Date: June 14, 2017<br>Hearing Time: 10:30 a.m. |

### ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

AND NOW, this __14th__ day of __June__, 2017, on consideration of the Debtors' Motion to Sell Real Property Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances Pursuant to 11 U.S.C. § 363 to Kevin Burkholder, Jr., 311 Ash Street, Melcroft, PA 15462, for $14,000.00, after hearing held in Courtroom A, 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion for private sale, viz:

| DATE OF SERVICE | NAME OF LIENHOLDER AND SECURITY |
|---|---|
| May 15, 2017 | **First Commonwealth Bank**<br>Mortgage dated February 21, 2006, and recorded March 1, 2006, as Instrument No. 200600002954, or Book 2978, Page 1753-1761. |

1

**IT IS FURTHER ORDERED,** that the following expenses/costs shall immediately be paid at the time of closing. ***Failure of the closing agent to timely make and forward the disbursements required by this Order*** will subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order.

(1) The following lien(s)/claim(s):

    (a) First Commonwealth Bank in the amount of: "Net proceeds" from closing as identified on the HUD-1 Settlement Statement or Closing Disclosure

(2) Delinquent real estate taxes, if any;

(3) Current real estate taxes, pro-rated to the date of closing;

(4) Water and sewage charge due through the date of closing;

(5) Cost associated with the acquisition of all required municipal lien letters and tax certifications;

(6) ~~Deed preparation fee not to exceed $200.00;~~

(7) Realty transfer tax not to exceed 1% of the sale price;

(8) The costs of local newspaper advertising in the amount of $ 159.52 ;

(9) The costs of legal journal advertising in the amount of $ 90 ;

(10) The Court approved realtor commission in the amount of $ 3,775.00 ;

(11) Court approved attorney fees in the amount of $ 750.00 ;

(12) Chapter 13 Trustee "percentage fees" in the amount of $ 408.68 payable to "*Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 2587, Pittsburgh, PA. 15230*";

(9) Other: Filing fee for Motion to Sell in the amount of $181.00 to Schimizzi Law.

**FURTHER ORDERED** that:

(1) Closing shall occur within thirty (30) days of this Order and, ***within 14 days following closing,*** the Movant shall file a report of sale;

(2) This Sale Confirmation Order survives any dismissal or conversion of the within case; and,

3

(3)  **Within five (5) days of the date of this Order**, the Movant shall serve a copy of the within Order on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the Debtors, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

BY THE COURT:

_____
GREGORY L. TADDONIO,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21971-GLT
Derrik Anthony Kuhns                                                  Chapter 13
Staci Ann Kuhns
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 1              Date Rcvd: Jun 14, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
db/jdb         Derrik Anthony Kuhns,    Staci Ann Kuhns,    148 Ritenour Ln,    Latrobe, PA 15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jill  Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               kebeck@weltman.com,  jbluemle@weltman.com
              Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
               mrs@schimizzilaw.com,  G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
               sbraunstein@udren.com,  vbarber@udren.com
              Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               sbraunstein@udren.com,  vbarber@udren.com
                                                                                             TOTAL: 22