### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERNS DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, | ) ) | |
| Debtors, | ) ) | No. 16-21971-GLT |
| | ) ) | Chapter 13 |
| | ) | |
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS, | ) ) | Doc. No. |
| Movants, | ) ) | Related to Doc. No. 162 |
| | ) | |
| -vs- | ) ) | |
| FIRST COMMONWEALTH BANK, FAYETTE COUNTY, CITY OF CONNELLSVILLE, CONNELLSVILLE AREA SCHOOL DISTRICT, NANCY LEE WILSON, TREASURER, MARILYN WEAVER, TAX COLLECTOR, FAYETTE COUNTY TAX CLAIM BUREAU, PENNSYLVANIA AMERICAN WATER, CONNELLSVILLE MUNICIPAL AUTHORITY, and RONDA J. WINNECOUR, TRUSTEE, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **Report of Sale** and **Settlement Statement** was served on the individual at the address stated below by U.S. First Class mail sent on the 30th day of June, 2017.

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: June 30, 2017        BY:    /s/Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D.: 307432
Counsel for Debtors

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com