## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERNS DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRIK ANTHONY KUHNS and** | ) | |
| **STACI ANN KUHNS,** | ) | |
| **Debtors,** | ) | **No. 16-21971-GLT** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **DERRIK ANTHONY KUHNS and** | ) | **Doc. No.** |
| **STACI ANN KUHNS,** | ) | |
| **Movants,** | ) | **Related to Doc. Nos. 162 and 165** |
| | ) | |
| **-vs-** | ) | |
| | ) | |
| **FIRST COMMONWEALTH BANK,** | ) | |
| **FAYETTE COUNTY,** | ) | |
| **CITY OF CONNELLSVILLE,** | ) | |
| **CONNELLSVILLE AREA SCHOOL** | ) | |
| **DISTRICT,** | ) | |
| **NANCY LEE WILSON, TREASURER,** | ) | |
| **MARILYN WEAVER, TAX COLLECTOR,** | ) | |
| **FAYETTE COUNTY TAX CLAIM BUREAU,** | ) | |
| **PENNSYLVANIA AMERICAN WATER,** | ) | |
| **CONNELLSVILLE MUNICIPAL** | ) | |
| **AUTHORITY, and RONDA J. WINNECOUR,** | ) | |
| **TRUSTEE,** | ) | |
| **Respondents.** | ) | |

### AMENDED CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **Report of Sale** was served on the individual at the address stated below by U.S. First Class mail sent on the 30th day of June 2017.

Ronda J. Winnecour
Suite 3250 – USX Tower
600 Grant Street
Pittsburgh, PA  15219

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date: <u>July 5, 2017</u>          BY:     /s/Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D.:  307432
Counsel for Debtors
Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone:  (724) 838-9722
Fax:     (724) 837-7868
Email:  mrs@schimizzilaw.com