Form 150

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Bankruptcy Case No.: 16–21971–GLT
                                                Related to Docket No. 167
                                                Chapter: 13
                                                Docket No.: 169 – 167
                                                Conciliation Conference Date: 9/7/17 at 01:00 PM

**Derrik Anthony Kuhns**              Staci Ann Kuhns
**aka Derrick A. Kuhns, aka Derrik A.**   aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba Staci's Cookies, Cakes
**Kuhas**                            and Catering
   Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____          _____
                (Date)                                  (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21971-GLT
Derrik Anthony Kuhns                                                Chapter 13
Staci Ann Kuhns
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 1          Date Rcvd: Jul 20, 2017
                             Form ID: 150         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db/jdb        Derrik Anthony Kuhns,   Staci Ann Kuhns,   148 Ritenour Ln,   Latrobe, PA 15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
          Brett A. Solomon   on behalf of Creditor   First Commonwealth Bank bsolomon@tuckerlaw.com,
          dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
          bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
          bkgroup@kmllawgroup.com
          Jeremy J. Kobeski   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
          Jerome B. Blank   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
          Jill Manuel-Coughlin   on behalf of Creditor   CITIMORTGAGE INC jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          John F. Goryl   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Joseph A. Dessoye   on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
          Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
          bkgroup@kmllawgroup.com
          Keri P. Ebeck   on behalf of Creditor   PNC Bank, National Association kebeck@weltman.com,
          jbluemle@weltman.com
          Keri P. Ebeck   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
          kebeck@weltman.com,  jbluemle@weltman.com
          Matthew R. Schimizzi   on behalf of Debtor   Kuhns Real Estate Investments, LLC
          mrs@schimizzilaw.com,  G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
          Matthew R. Schimizzi   on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
          Matthew R. Schimizzi   on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda L. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Sherri J. Braunstein   on behalf of Creditor   PNC Bank, National Association
          sbraunstein@udren.com,  vbarber@udren.com
          Sherri J. Braunstein   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION et al...
          sbraunstein@udren.com,  vbarber@udren.com
                                                                              TOTAL: 22