FILED
7/20/17 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: | ) | |
| **DERRIK ANTHONY KUHNS and** | ) | |
| **STACI ANN KUHNS,** | ) | |
|     Debtors. | ) | **Bankruptcy No. 16-21971-GLT** |
| | ) | |
| _____ | ) | **Chapter 13** |
| | ) | |
| **DERRIK ANTHONY KUHNS,** | ) | **Document No.** |
|     Movant, | ) | |
| | ) | **Related to Doc. No.** 168 |
|   -vs- | ) | |
| | ) | **Motion No. WO-1** |
| **WEST PENN POWER,** | ) | |
|     Respondent. | ) | |

## ORDER TO PAY TRUSTEE PURSUANT TO THIRD AMENDED WAGE ATTACHMENT

AND NOW, to wit, this __20th Day of July__ ____, 2017, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtors, and after consideration of the within Motion for Amended Wage Attachment;

IT IS HEREBY ORDERED and DECREED that Debtor's employer, **West Penn Power**, shall ***decrease*** the amount deducted from Debtor's income by **$1,436.00**, so that the total amount deducted from Debtor's income is **$840.00, bi-weekly,** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sum ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of service regarding service of this Order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, repayment of retirement loans or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within 30 days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtors and this estate.

Order prepared by: Matthew R. Schimizzi, Esquire

BY THE COURT:

_____, J.
Gregory L. Taddonio,                    drb
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

ATTEST:

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-21971-GLT
Derrik Anthony Kuhns                                            Chapter 13
Staci Ann Kuhns
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 1          Date Rcvd: Jul 20, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db/jdb        Derrik Anthony Kuhns,    Staci Ann Kuhns,    148 Ritenour Ln,    Latrobe, PA 15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              Brett A. Solomon   on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              James Warmbrodt   on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James Warmbrodt   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt   on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Jeremy J. Kobeski   on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank   on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jill Manuel-Coughlin   on behalf of Creditor    CITIMORTGAGE INC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John F. Goryl   on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph A. Dessoye   on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman   on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck   on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              Keri P. Ebeck   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               kebeck@weltman.com,  jbluemle@weltman.com
              Matthew R. Schimizzi   on behalf of Debtor    Kuhns Real Estate Investments, LLC
               mrs@schimizzilaw.com,  G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi   on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi   on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sherri J. Braunstein   on behalf of Creditor    PNC Bank, National Association
               sbraunstein@udren.com,  vbarber@udren.com
              Sherri J. Braunstein   on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               sbraunstein@udren.com,  vbarber@udren.com
                                                                                    TOTAL: 22