## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re.: | ) | |
| DERRIK ANTHONY KUHNS and | ) | No.:  16-21971-GLT |
| STACI ANN KUHNS, | ) | |
|     Debtors. | ) | Chapter 13 |
| | ) | |
| _____ | ) | Doc. No.  170 |
| | ) | |
| DERRIK ANTHONY KUHNS, | ) | Related to Doc. No.  170 |
| | ) | |
|     Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| WEST PENN POWER, | ) | |
|     Respondent. | ) | |

### CERTIFICATE OF SERVICE

I certify that true and correct copies of the **Notification of Debtor's Social Security Number** and **Order to Pay Trustee Pursuant to Wage Attachment** were served on the entity and at the address stated below by U.S. First Class mail sent on the July 21, 2017.

    First Energy Corporation
    Payroll Services Department
    1003 Broad Street – Suite 100
    Johnstown, PA  15906-2445

    Respectfully submitted:

    SCHIMIZZI LAW, LLC

Date: July 21, 2017        BY:    /s/ Matthew R. Schimizzi
    Matthew R. Schimizzi, Esquire
    PA I.D.:  307432
    Counsel for Debtors

    Keystone Commons
    35 West Pittsburgh Street
    Greensburg, PA 15601
    Phone: (724) 838-9722
    Fax:    (724) 837-7868
    Email: mrs@schimizzilaw.com