IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | |
| DERRIK ANTHONY KUHNS | BK. No. 16-21971-GLT |
| A/K/A DERRICK A. KUHNS | |
| A/K/A DERRIK A. KUHAS | Chapter No. 13 |
| STACI ANN KUHNS A/K/A STACEY A. : | |
| KUHNS D/B/A STACI'S COOKIES, CAKES : | Document No. |
| AND CATERING A/K/A STACIE A. KUHNS : | |
| Debtors : | Hearing Date: SEPTEMBER 6, 2017 |
| : | |
| LSF9 MASTER PARTICIPATION TRUST : | |
| Movant : | Hearing Time: 10:00 am |
| v. : | |
| DERRIK ANTHONY KUHNS : | Objection Date: AUGUST 28, 2017 |
| A/K/A DERRICK A. KUHNS : | |
| A/K/A DERRIK A. KUHAS : | |
| STACI ANN KUHNS A/K/A STACEY A. : | |
| KUHNS D/B/A STACI'S COOKIES, CAKES : | |
| AND CATERING A/K/A STACIE A. KUHNS : | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE | |
| (TRUSTEE) | |
| Respondents | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF LSF9 MASTER PARTICIPATION TRUST FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **AUGUST 28, 2017**, i.e., nineteen (19) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **SEPTEMBER 6, 2017 at 10:00 am** before Judge Gregory L. Taddonio, in Court Room A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: <u>August 9, 2017</u>

<u>/s/ Jeremy J. Kobeski, Esquire</u>
Jeremy J. Kobeski, Esq., Id. No.94503
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31574
Fax Number: 215-568-7616
Email: jeremy.kobeski@phelanhallinan.com