IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | |
| DERRIK ANTHONY KUHNS | BK. No. 16-21971-GLT |
| A/K/A DERRICK A. KUHNS | |
| A/K/A DERRIK A. KUHAS | Chapter No. 13 |
| STACI ANN KUHNS A/K/A STACEY A. : | |
| KUHNS D/B/A STACI'S COOKIES, CAKES : | Document No. |
| AND CATERING A/K/A STACIE A. KUHNS : | |
| Debtors : | Hearing Date: SEPTEMBER 6, |
| : | 2017 |
| LSF9 MASTER PARTICIPATION TRUST : | |
| Movant | Hearing Time: 10:00 am |
| v. : | |
| DERRIK ANTHONY KUHNS : | Objection Date: AUGUST 28, |
| A/K/A DERRICK A. KUHNS : | 2017 |
| A/K/A DERRIK A. KUHAS : | |
| STACI ANN KUHNS A/K/A STACEY A. : | |
| KUHNS D/B/A STACI'S COOKIES, CAKES : | |
| AND CATERING A/K/A STACIE A. KUHNS : | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE | |
| (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

     I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 8/9/2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER, 600 GRANT STREET<br>PITTSBURGH, PA 15219 | STACI ANN KUHNS<br>508 WEST THIRD STREET<br>DERRY, PA 15627 |
| MATTHEW R. SCHIMIZZI, ESQUIRE<br>35 West Pittsburgh Street<br>Greensburg, PA 15601<br>mrs@schimizzilaw.com | DERRIK ANTHONY KUHNS<br>508 WEST THIRD STREET<br>DERRY, PA 15627 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222 | STACI ANN KUHNS<br>148 RITENOUR LN<br>LATROBE, PA 15650-3929 |
| | DERRIK ANTHONY KUHNS<br>148 RITENOUR LN<br>LATROBE, PA 15650-3929 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jeremy J. Kobeski, Esquire
Jeremy J. Kobeski, Esq., Id. No.94503
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31574
Fax Number: 215-568-7616
Email: jeremy.kobeski@phelanhallinan.com

8/9/2017