**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Staci Ann Kuhns AKA Stacey A. Kuhns, Stacie A. Kuhns, DBA Staci's Cookies, Cakes and Catering<br>Derrik Anthony Kuhns AKA Derrick A. Kuhns, Derrik A. Kuhas<br><br>                                        Debtor | BK. NO. 16-21971 GLT<br><br>CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK, its successors and/or assigns<br>                                        Movant<br>                        v.<br>Staci Ann Kuhns AKA Stacey A. Kuhns, Stacie A. Kuhns, DBA Staci's Cookies, Cakes and Catering<br>Derrik Anthony Kuhns AKA Derrick A. Kuhns, Derrik A. Kuhas<br>                                        Respondent<br>                        and<br>Ronda J. Winnecour, Trustee<br>                                Additional Respondent | |

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I served or caused to be served, on August 18, 2017, a copy of the above Motion with attached proposed Order of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Richard W. Schimizzi, Esquire
35 West Pittsburgh Street
Greensburg, PA 15601
mrs@schimizzilaw.com

Staci Ann Kuhns AKA Stacey A. Kuhns, Stacie A. Kuhns, DBA Staci's Cookies, Cakes and Catering
148 Ritenour Lane
Latrobe, PA 15650

Derrik Anthony Kuhns AKA Derrick A. Kuhns, Derrik A. Kuhas
148 Ritenour Lane
Latrobe, PA 15650

Method of Service:    Mail first class; Specify if other:

Date:  August 18, 2017

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              jwarmbrodt@kmllawgroup.com
                              Attorney I.D. No. 42524
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              Phone: 412-430-3594
                              Attorney for Movant/Applicant