**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE: | |
| DERRIK ANTHONY KUHNS | BK. No. 16-21971-GLT |
| A/K/A DERRICK A. KUHNS | |
| A/K/A DERRIK A. KUHAS | Chapter No. 13 |
| STACI ANN KUHNS A/K/A STACEY A. : | |
| KUHNS D/B/A STACI'S COOKIES, CAKES : | Related to Document No. 176 |
| AND CATERING A/K/A STACIE A. KUHNS : | |
| Debtors : | Hearing Date: SEPTEMBER 6, 2017 |
| : | |
| LSF9 MASTER PARTICIPATION TRUST : | |
| Movant : | Hearing Time: 10:00 am |
| v. : | |
| DERRIK ANTHONY KUHNS : | Objection Date: AUGUST 28, 2017 |
| A/K/A DERRICK A. KUHNS : | |
| A/K/A DERRIK A. KUHAS : | |
| STACI ANN KUHNS A/K/A STACEY A. : | |
| KUHNS D/B/A STACI'S COOKIES, CAKES : | |
| AND CATERING A/K/A STACIE A. KUHNS : | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE | |
| (TRUSTEE) | |
| Respondents | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 176**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on August 9, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than August 28, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

| | |
|---|---|
| Dated: August 30, 2017 | */s/ James A. Prostko, Esquire* |
| | James A. Prostko, Esq., Id. No.27221 |
| | Phelan Hallinan Diamond & Jones, LLP |
| | Omni William Penn Office Tower |
| | 555 Grant Street, Suite 300 |
| | Pittsburgh, PA 15219 |
| | Phone Number: 215-563-7000 Ext 31501 |
| | Fax Number: 215-568-7616 |
| | Email: james.prostko@phelanhallinan.com |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | |
| DERRIK ANTHONY KUHNS | BK. No. 16-21971-GLT |
| A/K/A DERRICK A. KUHNS | |
| A/K/A DERRIK A. KUHAS | Chapter No. 13 |
| STACI ANN KUHNS A/K/A STACEY A. KUHNS D/B/A STACI'S COOKIES, CAKES AND CATERING A/K/A STACIE A. KUHNS | Related to Document No. 176 |
| Debtors | Hearing Date: SEPTEMBER 6, 2017 |
| LSF9 MASTER PARTICIPATION TRUST | |
| Movant | Hearing Time: 10:00 am |
| v. | |
| DERRIK ANTHONY KUHNS A/K/A DERRICK A. KUHNS A/K/A DERRIK A. KUHAS STACI ANN KUHNS A/K/A STACEY A. KUHNS D/B/A STACI'S COOKIES, CAKES AND CATERING A/K/A STACIE A. KUHNS and RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | Objection Date: AUGUST 28, 2017 |
| **Respondents** | |

### CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 8/30/2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification

RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

MATTHEW R. SCHIMIZZI, ESQUIRE
35 West Pittsburgh Street
Greensburg, PA 15601
mrs@schimizzilaw.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail

STACI ANN KUHNS
508 WEST THIRD STREET
DERRY, PA 15627

DERRIK ANTHONY KUHNS
508 WEST THIRD STREET
DERRY, PA 15627

STACI ANN KUHNS
148 RITENOUR LN
LATROBE, PA 15650-3929

DERRIK ANTHONY KUHNS
148 RITENOUR LN
LATROBE, PA 15650-3929

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail