**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re.: ) | |
| DERRIK ANTHONY KUHNS and ) | No.:   16-21971-GLT |
| STACI ANN KUHNS, ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| _____) | Doc. No.  _____ |
| ) | |
| DERRIK ANTHONY KUHNS, ) | Related to Doc. No.  195 |
| ) | |
| Movant, ) | |
| ) | |
| -vs- ) | |
| ) | |
| WEST PENN POWER, ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the **Notification of Debtor's Social Security Number** and **Order to Pay Trustee Pursuant to Wage Attachment** were served on the entity and at the address stated below by U.S. First Class mail sent on the September 18, 2017.

> West Penn Power
> c/o First Energy Corporation
> Payroll Services Department
> 1003 Broad Street – Suite 100
> Johnstown, PA  15906-2445

Respectfully submitted:

SCHIMIZZI LAW, LLC

Date:  September 19, 2017          BY:     /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
PA I.D.:  307432
Counsel for Debtors

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com