**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DERRIK ANTHONY KUHNS and | ) | Bankruptcy No. 16-21971-GLT |
| STACI ANN KUHNS, | ) | |
|     Debtors, | ) | Chapter 13 |
| | ) | |
| | ) | Doc. No. |
| SCHIMIZZI LAW, LLC, | ) | |
|     Applicant, | ) | Related to Doc. No. 197 |
| | ) | |
|   -vs- | ) | Hearing Date:  December 20, 2017 |
| | ) | |
| NO RESPONDENTS. | ) | Hearing Time:  10:30 a.m. |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN
CHAPTERS 7, 12 AND 13 ON BEHALF OF SCHIMIZZI LAW, LLC**

To All Creditors and Parties in Interest:

1. Applicant represents Derrik Anthony Kuhns and Staci Ann Kuhns, the Debtors in the above captioned matter.

2. This is an interim application for the period from May 25, 2016, through October 30, 2017

3. Previous retainer paid to Applicant: $4,310.00 ($4,000.00 legal fee & $310.00 filing fee)
   Debtors paid $2,500.00 prior to the bankruptcy filing;
   Applicant has or will receive $1,810.00 from the Chapter 13 Trustee.

4. Previous interim compensation allowed to Applicant: $0.00

5. Applicant requests additional:
   Compensation of $1,928.00;
   Reimbursement of Expenses of $293.49.

6. A hearing on the Application will be held in Courtroom A, 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at **10:30 a.m. on Wednesday, December 20, 2017**.

7. Any written objections must be filed with the court and served on the Applicant on or before **November 28, 2017**, (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail).  Copies of the application are available from the Applicant.

Date of Service:  November 9, 2017

/s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtors
PA I.D. 307432
Schimizzi Law, LLC
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone:   (724) 838-9722
Fax:      (724) 837-7868
Email:   mrs@schimizzilaw.com

Note: 1. Scheduling dates in this Notice shall comply with Local Rules. 2. The full application need be served only upon Debtor, counsel for Debtor, the U.S. Trustee, and the trustee and counsel for the trustee. 3. Applicant shall serve this Notice on all creditors and parties in interest including any person who has filed a request for notices. 4. A certificate of service shall be filed with this Notice and the application.

PAWB Local Form 8 (07/13)