**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| **DERRIK ANTHONY KUHNS and** ) | Bankruptcy No. 16-21971-GLT |
| **STACI ANN KUHNS,** ) | |
| Debtors, ) | Chapter 13 |
| ) | |
| ) | Doc. No. |
| **SCHIMIZZI LAW, LLC,** ) | |
| Applicant, ) | Related to Doc. No. 197 & 198 |
| ) | |
| -vs- ) | Hearing Date:  December 20, 2017 |
| ) | |
| **NO RESPONDENTS.** ) | Hearing Time:  10:30 a.m. |

**CERTIFICATE OF SERVICE OF APPLICATION FOR INTERIM COMPENSATION
AND SUMMARY COVERSHEET AND NOTICE OF HEARING**

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Application of Schimizzi Law, LLC, for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors** and the **Summary Coversheet and Notice of Hearing on Professional Fees in Chapters 7, 12 and 13 on Behalf of Schimizzi Law, LLC**, were served on the following by United States First Class Mail sent on the 9th day of November, 2017:

| | | |
|---|---|---|
| Derrik and Staci Kuhns | Ronda J. Winnecour, Trustee | Office of the U.S. Trustee |
| 148 Ritenour Lane | Suite 3250, USX Tower | Liberty Center |
| Latrobe, PA 15650 | 600 Grant Street | 1001 Liberty Avenue, Ste 970 |
| | Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |

                                                          Respectfully submitted:
                                                          SCHIMIZZI LAW, LLC

Date: November 9, 2017        BY:    /s/ Matthew R. Schimizzi
                                                            Matthew R. Schimizzi, Esquire
                                                             Counsel for Debtors
                                                              PA I.D. 307432

                                                              Keystone Commons
                                                               35 W. Pittsburgh St.
                                                               Greensburg, PA 15601
                                                               Phone: (724) 838-9722
                                                               Fax:    (724) 837-7868
                                                               Email: mrs@schimizzilaw.com