# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| **DERRIK ANTHONY KUHNS and** ) | |
| **STACI ANN KUHNS,** ) | |
| Debtors, ) | Bankruptcy No. 16-21971-GLT |
| ) | |
| _____ ) | Chapter 13 |
| ) | |
| **DERRIK ANTHONY KUHNS and,** ) | Document No. |
| **STACI ANN KUHNS,** ) | |
| Movant, ) | Related to Doc. No. |
| ) | |
| -vs- ) | |
| ) | |
| **CITIMORTGAGE, INC.,** ) | |
| Respondent. ) | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY CITIMORTGAGE, INC., ON OCTOBER 27, 2017

I, Matthew R. Schimizzi, Esquire, counsel for the Debtors, hereby state the following:

1. Respondent, CitiMortgage, Inc., filed a Notice of Mortgage Payment Change on October 27, 2017, pursuant to which the escrow payment amount is reduced from $353.62 to $346.50.

2. As a result of the reduction in the escrow amount, the mortgage payment will be reduced from $474.45 to $467.33, effective December 1, 2017.

3. Debtor's current Plan payment is sufficient to fully fund the Plan.

                                                Respectfully submitted:
                                                SCHIMIZZI LAW, LLC

Date: November 22, 2017        BY:   /s/ Matthew R. Schimizzi
                                                      Matthew R. Schimizzi, Esquire
                                                        Counsel for Debtors
                                                       PA I.D. 307432