**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| DERRIK ANTHONY KUHNS and ) | |
| STACI ANN KUHNS, ) | |
|     Debtors, ) | Bankruptcy No. 16-21971-GLT |
| ) | |
| _____ ) | Chapter 13 |
| ) | |
| DERRIK ANTHONY KUHNS and, ) | Document No. |
| STACI ANN KUHNS, ) | |
|     Movant, ) | Related to Doc. No. 201 |
| ) | |
|     -vs- ) | |
| ) | |
| CITIMORTGAGE, INC., ) | |
|     Respondent. ) | |

**CERTIFICATE OF SERVICE**

    I, Matthew R. Schimizzi, Esquire, counsel for the Debtor, certify that a true and correct copy of the **Declaration Regarding Notice of Mortgage Payment Change Filed by CitiMortgage, Inc., on October 27, 2017** was served upon the following by *electronic notification through cm/ecf* on November 22, 2017:

Office of the United States Trustee      Ronda J. Winnecour, Trustee
ustpregion03.pi.ecf@usdoj.gov      cmecf@chapter13trusteewdpa.com

Jill Manuel-Coughlin, Esquire
Counsel for CitiMortgage, Inc.
jill@pkallc.com

I further certify that a true and correct copy of the Declaration was served upon the following by email sent on November 22, 2017:

Cheryl A. Knapmeyer
Bankruptcy Specialist for CitiMortgage, Inc.
citipcn@citi.com

                                          Respectfully submitted:
                                          SCHIMIZZI LAW, LLC

Date: November 22, 2017          BY:    /s/ Matthew R. Schimizzi
                                               Matthew R. Schimizzi, Esquire
                                             Counsel for Debtors
                                             PA I.D. 307432
                                             35 W. Pittsburgh St.
                                             Greensburg, PA 15601
                                             Phone: (724) 838-9722
                                             Fax:    (724) 837-7868
                                             Email: mrs@schimizzilaw.com