## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **DERRIK ANTHONY KUHNS and** | ) | **Bankruptcy No. 16-21971-GLT** |
| **STACI ANN KUHNS,** | ) | |
| Debtors, | ) | **Chapter 13** |
| | ) | |
| | ) | **Doc. No.** |
| **SCHIMIZZI LAW, LLC,** | ) | |
| Applicant, | ) | **Related to Doc. No. 197** |
| | ) | |
| -vs- | ) | **Hearing Date:  December 20, 2017** |
| | ) | |
| **NO RESPONDENTS.** | ) | **Hearing Time:  10:30 a.m.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION OF SCHIMIZZI LAW, LLC, FOR INTERIM COMPENSATION AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS
### FILED AT DOCUMENT NO. 197

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Application of Schimizzi Law, LLC, for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors** filed on November 9, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **November 28, 2017**.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Respectfully submitted:
SCHIMIZZI LAW, LLC

Dated:  November 29, 2017          By:   /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Counsel for Debtors
PA I.D. 307432

Keystone Commons
35 W. Pittsburgh St.
Greensburg, PA 15601
Phone: (724) 838-9722
Fax:    (724) 837-7868
Email: mrs@schimizzilaw.com

**PAWB Local Form 25 (07/13)**