FILED
12/13/17 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DERRIK ANTHONY KUHNS and | ) | Bankruptcy No. 16-21971-GLT |
| STACI ANN KUHNS, | ) | |
| Debtors, | ) | Chapter 13 |
| | ) | |
| | ) | Related to Dkt. No. 197 |
| SCHIMIZZI LAW, LLC, | ) | |
| Applicant, | ) | |
| | ) | |
| -vs- | ) | Hearing Date: December 20, 2017 |
| | ) | |
| NO RESPONDENTS. | ) | Hearing Time: 10:30 AM |

## MODIFIED DEFAULT ORDER

AND NOW, upon consideration of the Application of Schimizzi Law, LLC, for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Application is approved for the total amount of $2,221.49 for services rendered on behalf of the Debtors for the period between May 25, 2016 through October 2, 2017, which represents $1,928.00 in legal fees and $293.49 in costs.

The Applicant received an initial retainer in the amount of $2,500.00 from the Debtors and has or will receive an additional $1,810.00 through the Debtors' Chapter 13 Plan, which represents the no-look fee of $4,000.00 and the filing fee of $310.00.

The Clerk shall record the award of compensation for services rendered for the period of May 25, 2016 through October 30, 2017 are in the amount of **$5,928.00**, which includes a **$2,190.00** retainer previously paid to the applicant, no-look compensation in the amount of **$1,810.00** and additional compensation in the amount of **$1,928.00**. Expenses are awarded in the amount of **$603.49** which includes **$310.00** for the filing fee and additional expenses in the amount of **$293.49**. The total award of compensation and expenses are in the amount of **$6,531.49**.

Prepared by: Matthew R. Schimizzi, Esq.

DEFAULT ENTRY

Dated: December 13, 2017

_____
Gregory L. Addonio    cgt
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 10 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21971-GLT
Derrik Anthony Kuhns                                                  Chapter 13
Staci Ann Kuhns
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1            Date Rcvd: Dec 13, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb        Derrik Anthony Kuhns,   Staci Ann Kuhns,   148 Ritenour Ln,   Latrobe, PA 15650-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association
               vbarber@udren.com
              James   Warmbrodt     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor     Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor     Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              Keri P. Ebeck    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               kebeck@weltman.com,   jbluemle@weltman.com
              Matthew R. Schimizzi    on behalf of Attorney    Schimizzi Law, LLC mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
               mrs@schimizzilaw.com,    G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Sherri J. Braunstein    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               pawb@fedphe.com,   sherri.braunstein@phelanhallinan.com
                                                                                             TOTAL: 25