**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas Staci Ann Kuhns aka Stacey A. Kuhns dba Staci's Cookies, Cakes and Catering aka Stacie A. Kuhns <br>       Debtor(s) | BANKRUPTCY NO.  16-21971-GLT <br> CHAPTER 13 |

PNC Bank, National Association
                Movant               DOCKET NO._____

   vs.

Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas
Staci Ann Kuhns aka Stacey A. Kuhns dba
Staci's Cookies, Cakes and Catering aka
Stacie A. Kuhns
        Debtor(s)
     and
Ronda J. Winnecour, Esquire
        Trustee
              Respondents

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF PNC BANK, NATIONAL ASSOCIATION
FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENTS (S):

     You are hereby notified that the above Movant seeks an order affecting your rights or property.

     You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than June 8, 2018, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

     You should take this to your lawyer at once.

     A hearing will be held on June 20, 2018, at 9:30am before Judge Gregory L. Taddonio, in Courtroom A, 5414 USX Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact,

an evidentiary hearing will be scheduled at  a later date by the Court.  An order granting the relief
sought may be entered and the hearing may not be held if you do not timely file and serve a written
response.

Date of service: May 22, 2018

　　　　　　　　　　　　　　　　　　　　 /s/  Elizabeth Wassall
　　　　　　　　　　　　　　　　　　　　Elizabeth Wassall, Esquire (PA Atty. I.D. # 77788)
　　　　　　　　　　　　　　　　　　　　UDREN LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　　Woodcrest Corporate Center
　　　　　　　　　　　　　　　　　　　　111 Woodcrest Road, Suite 200
　　　　　　　　　　　　　　　　　　　　Cherry Hill, NJ  08003-3620
　　　　　　　　　　　　　　　　　　　　(856) 669-5400
　　　　　　　　　　　　　　　　　　　　ewassall@udren.com