UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Derrik Anthony Kuhns | : | |
| Staci Ann Kuhns | : | No. 16-21971-GLT |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| First Commonwealth Bank | : | Hearing Date: 6/20/18 at 9:00 a.m. |
| | : | |
| Movant | : | Response Date: 5/25/18 |
| | : | |
| vs. | : | |
| | : | |
| Derrik Anthony Kuhns | : | |
| Staci Ann Kuhns | : | |
| Kuhns Real Estate Investments, LLC, Co-Debtor: | | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion for Relief from Stay, Docket No. 214**

I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief filed on May 8, 2018 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than May 25, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Date: 5/29/18         By:    /s/ Michael C. Mazack
                              Michael C. Mazack, Esquire
                              Pa. I.D. # 205742
                              mmazack@tuckerlaw.com
                              TUCKER ARENSBERG, P.C.
                              1500 One PPG Place
                              Pittsburgh, Pennsylvania 15222
                              412-566-1212