Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Derrik Anthony Kuhns<br>Staci Ann Kuhns | : <br> : | No. 16-21971-GLT |
| Debtors | : <br> : | Chapter 13 |
| First Commonwealth Bank | : <br> : | Hearing Date: 6/20/18 at 9:00 a.m. |
| Movant | : <br> : | Response Date: 5/25/18 |
| vs. | : <br> : | |
| Derrik Anthony Kuhns<br>Staci Ann Kuhns<br>Kuhns Real Estate Investments, LLC, Co-Debtor<br>Ronda J. Winnecour, Trustee | : <br> : <br> : <br> : <br> : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF AND CO-DEBTOR RELIEF

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on June 1, 2018.

The type of service made on the parties was first-class mail.

U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Derrik Anthony Kuhns
Staci Ann Kuhns
Kuhns Real Estate Investments, LLC
148 Ritenour Ln.
Latrobe, PA 15650-3929

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Matthew R. Schimizzi, Esq.
35 West Pittsburgh Street
Greensburg, PA 15601

Executed on: 6/1/18

Attorney for Movant

/s/ Michael C. Mazack
Michael C. Mazack, Esquire
Pa. I.D. # 205742
mmazack@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212