# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DERRIK ANTHONY KUHNS | Case No. 16-21971GLT |
| STACI ANN KUHNS | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| CITIMORTGAGE(*) | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 5129.

Regular mortgage payments are currently being directed to the following creditor at the following address:

CITIMORTGAGE(*)
POB 688971
DES MOINES,IA 50368-8971

Movant has been requested to send payments to:
CITIMORTGAGE INC
C/O CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618

The Chapter 13 Trustee's CID Records of CITIMORTGAGE(*) have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 12/20/2018.

|  |  |
|---|---|
| cc:   Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DERRIK ANTHONY KUHNS, STACI ANN KUHNS, 148 RITENOUR LN, LATROBE, PA  15650-3929 | DEBTOR'S COUNSEL:<br>MATTHEW SCHIMIZZI ESQ, KEYSTONE COMMONS, 35 WEST PITTSBURGH ST, GREENSBURG, PA 15601 |
| ORIGINAL CREDITOR:<br>CITIMORTGAGE(*), POB 688971, DES MOINES, IA  50368-8971 | ORIGINAL CREDITOR'S COUNSEL:<br>JEROME BLANK ESQ, PHELAN ET AL, 1617 JFK BLD STE 1400, 1 PENN CENTER PLAZA, PHILADELPHIA, PA 19103 |
| :<br>CITIMORTGAGE INC**, CH13 NOTICING SECTION**, POB 6030, SIOUX FALLS, SD  57117-6030 | |
| NEW CREDITOR:<br>CITIMORTGAGE INC<br>C/O CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618 | |