**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-21971-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Derrik Anthony Kuhns<br>148 Ritenour Ln<br>Latrobe PA 15650-3929 | Staci Ann Kuhns<br>148 Ritenour Ln<br>Latrobe PA 15650-3929 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: CitiMortgage, Inc.,  c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618

Name and Address of Transferee:

CENLAR FSB SUBSERVICING ON BEHALF OF Et.Al
425 PHILLIPS BLVD.
EWING, NJ 08618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/27/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-21971-GLT
Derrik Anthony Kuhns                                                  Chapter 13
Staci Ann Kuhns
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Nov 25, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
14266641       +CitiMortgage, Inc.,   c/o Cenlar, FSB,   425 Philips Blvd.,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                 Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              James P. Valecko    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               jvalecko@weltman.com, PitEcf@weltman.com
              Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE INC pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, INC
               pawb@fedphe.com
              Matthew R. Schimizzi    on behalf of Attorney    Schimizzi Law, LLC mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC
               mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Michael C. Mazack    on behalf of Creditor    First Commonwealth Bank mmazack@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Davidow    on behalf of Creditor    CITIMORTGAGE INC robert.davidow@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-2           User: bsil                 Page 2 of 2                   Date Rcvd: Nov 25, 2019
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas I. Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

                                                                                                                   TOTAL: 28