**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-21971-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Derrik Anthony Kuhns<br>148 Ritenour Ln<br>Latrobe PA 15650-3929 | Staci Ann Kuhns<br>148 Ritenour Ln<br>Latrobe PA 15650-3929 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/27/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 | CITIBANK, N.A. C/O CENLAR, FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/01/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Derrik Anthony Kuhns  
Staci Ann Kuhns  
    Debtors

Case No. 16-21971-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2     Date Rcvd: Dec 30, 2019  
                 Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.  
14308897        Citibank, N.A.,    P O Box 6030,    Sioux Falls, SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:

         Brett A. Solomon    on behalf of Creditor    First Commonwealth Bank bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com  
         Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com, ewassall@logs.com  
         Harry B. Reese    on behalf of Creditor    CITIBANK, N.A. C/O CENLAR, FSB harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
         James P. Valecko    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com  
         Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
         Jerome B. Blank    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
         Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE INC pawb@fedphe.com  
         Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         John F. Goryl    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
         Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
         Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com  
         Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         Mario J. Hanyon    on behalf of Creditor    CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, INC pawb@fedphe.com  
         Matthew R. Schimizzi    on behalf of Attorney    Schimizzi Law, LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com  
         Matthew R. Schimizzi    on behalf of Debtor    Kuhns Real Estate Investments, LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com  
         Matthew R. Schimizzi    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com  
         Matthew R. Schimizzi    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com  
         Michael C. Mazack    on behalf of Creditor    First Commonwealth Bank mmazack@tuckerlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Robert Davidow    on behalf of Creditor    CITIMORTGAGE INC robert.davidow@phelanhallinan.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-2          User: bsil              Page 2 of 2            Date Rcvd: Dec 30, 2019
                              Form ID: trc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Thomas I. Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

        TOTAL: 29