# Pharus Funding LLC

June 23, 2020

U.S. Bankruptcy Court
17 S Park Row # B160
Erie, PA 16501

Bankruptcy case No.: ~~19-21971~~ 16-21971
Debtor Name: Derrik Kuhns
Our Internal No.: 10543

FILED
20 JUN 30 AM 11:09
CLERK
U.S. BANKRUPTCY
COURT - ERIE

To whom it may concern:

This is a notice to the bankruptcy court that Creditor Pharus Funding, LLC, has changed its address of operation from 10751 N Frank Lloyd Wright Blvd st 201, Scottsdale, AZ 85259 to 10245 E. Via Linda Blvd. #110 Scottsdale, AZ 85258 please send all notices and rulings to our new address. Our office hours are 7:30am-4:00pm (PST), please call with any questions.

Respectfully yours,

Alexander Lutterbein
Alex@pharusdebt.com
844-713-1155 (ext. 2)

Pharus Funding LLC is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney-client privilege, or otherwise privileged, confidential and exempt from disclosure under applicable law, including the electronic communications privacy act, 18 U.S.C. Sections 2510-2521 et seq. If the reader of this message is not the intended recipient, or an authorized representative of the intended recipient, immediately notify the sender and dispose of all transmitted materials, and you are hereby notified that retention, dissemination, distribution, or copying of this email or its contents is strictly prohibited. Thank you.

**Pharus Funding** LLC
10751 N. Frank Lloyd Wright Blvd. #201
Scottsdale, AZ 85259

PHOENIX AZ 852
23 JUN '20
PM 9 L

U.S. Bankruptcy Court
17 S Park Row # B160
Erie, PA 16501

16501-116920

FIRST-CLASS





02 1P
0001222567
MAILED FROM ZIP CODE 85258
$ 000.50⁰
US POSTAGE
PITNEY BOWES