**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-21971-GLT |
| | Chapter 13 |
| Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas | |
| Staci Ann Kuhns aka Stacey A. Kuhns dba Staci`s Cookies, Cakes and Catering aka Stacie A. Kuhns | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**CitiMortgage, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    _/s/ Daniel P. Jones, Esquire_
Daniel P. Jones, Esquire,
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of November, 2020, to the following:

Matthew R. Schimizzi
Schimizzi Law, LLC
35 West Pittsburgh Street
Greensburg, PA 15601
mrs@schimizzilaw.com
*Attorney for Debtor(s)*


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*


U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*



and by standard first class mail postage prepaid to:

Derrik Anthony Kuhns aka Derrick A. Kuhns aka Derrik A. Kuhas
148 Ritenour Ln
Latrobe, PA 15650-3929

Staci Ann Kuhns aka Stacey A. Kuhns dba Staci`s Cookies, Cakes and Catering aka Stacie A. Kuhns
148 Ritenour Ln
Latrobe, PA 15650-3929
*Debtor(s)*


                                        By:      */s/Daniel P. Jones, Esquire*