IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/7/20 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:

**DERRIK ANTHONY KUHNS and STACI ANN KUHNS**,

*Debtors,*

**RONDA J. WINNECOUR, Chapter 13 Trustee,**

*Movant,*

v.

**CITIMORTGAGE, INC. c/o CENLAR, FSB,**

*Respondent,*

Case No. 16-21971-GLT
Chapter 13

Related to Dkt. Nos. 239

## ORDER SETTING STATUS CONFERENCE

This matter came before the Court upon the *Response to Trustee's Interim Notice of Final Cure Payment* [Dkt. No. 239] ("Response") which relates to the *Chapter 13 Trustee's Interim Notice of Final Cure Payment* [Dkt. No. 238] ("Notice"),

It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that:

1. A status conference on the *Notice and Response* will be held on **January 13, 2021 at 11:00 a.m.,** will be conducted via Zoom video conference before Judge Taddonio.

All parties wishing to appear at the Video Conference Hearing must pre-register by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m. on the business day** prior to the scheduled hearing.

      **2.**    A Reply to the Response shall be filed and served no later than **January 4, 2021.**

Dated: December 7, 2020

_____
GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

<u>Case Administrator to serve:</u>
Debtors
Matthew Schimizzi, Esq.
Ronda J. Winnecour, Esq.
Jill Manual-Coughlin, Esq.
CitiMortgage, Inc. c/o Cenlar FSB,
Office of U.S. Trustee

Case 16-21971-GLT   Doc 242   Filed 12/09/20   Entered 12/10/20 00:37:07   Desc
Imaged Certificate of Notice   Page 3 of 5

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-21971-GLT
Derrik Anthony Kuhns  Chapter 13
Staci Ann Kuhns
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3
Date Rcvd: Dec 07, 2020      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| 14266641 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor First Commonwealth Bank brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |

Case 16-21971-GLT    Doc 242    Filed 12/09/20    Entered 12/10/20 00:37:07    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Daniel Philip Jones
    on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com  bkecf@sterneisenberg.com

Elizabeth Lamont Wassall
    on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Harry B. Reese
    on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Harry B. Reese
    on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

James A. Prostko
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

James P. Valecko
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com

Jeremy J. Kobeski
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jerome B. Blank
    on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

John F. Goryl
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

Joseph A. Dessoye
    on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Joshua I. Goldman
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Keri P. Ebeck
    on behalf of Creditor PNC Bank  National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE  INC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Matthew R. Schimizzi
    on behalf of Debtor Kuhns Real Estate Investments  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Attorney Schimizzi Law  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Michael C. Mazack
    on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 3 of 3 |
| Date Rcvd: Dec 07, 2020 | Form ID: pdf900 | Total Noticed: 2 |

                on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
                on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Thomas I. Puleo
                on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com  BKGroup@goldbecklaw.com

TOTAL: 33