Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Derrik Anthony Kuhns**
**aka Derrick A. Kuhns, aka Derrik A. Kuhas**
**Staci Ann Kuhns**
**aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba Staci's Cookies,**
**Cakes and Catering**
　Debtor(s)

Bankruptcy Case No.: 16–21971–GLT
Related to Docket No. 246
Chapter: 13
Docket No.: 248 – 246
Concil. Conf.: May 20, 2021 at 09:00 AM

## **ORDER**

　　**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

　　**IT IS HEREBY ORDERED** that, on or before **April 26, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

　　1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

　　2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

　　**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

　　On or before **May 10, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

　　On **May 20, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

　　If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

　　This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 11, 2021

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21971-GLT |
| Derrik Anthony Kuhns | Chapter 13 |
| Staci Ann Kuhns | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 5 |
| Date Rcvd: Mar 11, 2021 | Form ID: 213 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| aty | + | Schimizzi Law, LLC, 35 W. Pittsburgh St., Greensburg, PA 15601-2323 |
| r | + | Barbara A. Fichtner, Northwood Realty Services, 801 N. Greengate Road, Greensburg, PA 15601-7460 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14249207 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14236295 | + | Brett A. Solomon, Esquire, 1500 One PPG Pl, Pittsburgh, PA 15222-5416 |
| 15162168 | + | CENLAR FSB SUBSERVICING ON BEHALF OF Et.Al, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 15176101 | + | CITIBANK, N.A. C/O CENLAR, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14249221 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14249213 | | Charlene Schmitt, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14266641 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14236298 | | Citibank, N.A., PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236300 | | Citimortgage, PO Box 6205, Sioux Falls, SD 57117-6205 |
| 14236301 | | Citimortgage, PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236302 | | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 14249223 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14318601 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14248748 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14236305 | | Jessica N. Manis, Esquire, 8 Neshaminy Interplex Dr Ste 215, Trevose, PA 19053-6980 |
| 14249225 | | Judy McIntire, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14318733 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14318731 | + | LSFP MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14249226 | | Maruin Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249227 | | Michael J. Witherel, Esquire, 966 Perry Hwy, Pittsburgh, PA 15237-2107 |
| 14236306 | | Michael T. McKeever, Esquire, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14249229 | | Municipal Authority of Derry Borough, 620 N Chestnut St, Derry, PA 15627-1728 |
| 14261603 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, T 75261-9741 |
| 14236308 | | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14247562 | + | Nationstar Mortgage, LLC, c/o Alexander K. Lee, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14249230 | | Nicole B. Labletta, Esq., 111 Woodcrest Rd Ste 2000, Cherry Hill, NJ 08003-3620 |
| 14249231 | | Peak Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249232 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14249233 | | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14236310 | | Robert W. Williams, Esquire, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14236311 | | Romel L. Nicholas, Esquire, 519 Court Pl, Pittsburgh, PA 15219-2002 |
| 14249240 | | Theresa Cherio, PO Box 45, Robinson, PA 15949-0045 |

| District/off: 0315-2 | User: jhel | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 11, 2021 | Form ID: 213 | Total Noticed: 69 |

14265942    + Unity Township Municipal Authority, ATTN: Joseph G. Lucas, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14315383 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:12:30 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14249209 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:16:35 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14249210 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:12:26 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14249211 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:16:35 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14249212 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 12 2021 04:18:40 | Capital One Bank, USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14236296 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 04:16:49 | Citibank, N.A, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14236297 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 04:18:53 | Citibank, N.A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 14249216 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 04:16:48 | Citibank, N.A, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 14308897 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 04:16:48 | Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 14236299 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 12 2021 04:12:40 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249218 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 04:48:00 | Comenity Bank/DMSTCTNS, PO Box 182789, Columbus, OH 43218-2789 |
| 14249219 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2021 04:48:00 | Comenity Bank/Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 14249220 | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2021 04:12:27 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14249222 | Email/Text: notices@burt-law.com | Mar 12 2021 04:49:00 | Derek C. Blasker, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5601 |
| 14236303 | Email/Text: bankruptcynotice@fcbanking.com | Mar 12 2021 04:47:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14236304 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2021 04:47:00 | HSBC Bank USA, NA, c/o PNC Bank, NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14249214 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 12 2021 04:12:25 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249215 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 12 2021 04:12:25 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249642 + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2021 04:48:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14236307 | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2021 04:48:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14236309 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2021 04:47:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14311729 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2021 04:47:00 | PNC Bank, N.A., 3232 Newmark Drive, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Miamisburg, OH 45342 |
| 14318545 | + | Email/Text: Bankruptcy.Notices@pnc.com | Mar 12 2021 04:47:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14249234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 04:18:42 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14297850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 04:16:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14267439 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2021 04:49:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249235 | | Email/Text: bankruptcy@sccompanies.com | Mar 12 2021 04:49:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14267440 | + | Email/Text: bankruptcy@sccompanies.com | Mar 12 2021 04:47:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249237 | | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 04:12:23 | Synchrony Bank - JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14249238 | | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 04:12:23 | Synchrony Bank/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 14236312 | | Email/Text: lorir@utmapa.org | Mar 12 2021 04:49:00 | Unity Township Municipal Authority, PO Box 506, Pleasant Unity, PA 15676-0506 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, |
| cr | | CITIBANK, N.A. C/O CENLAR, FSB |
| cr | | CITIMORTGAGE INC |
| cr | | CITIMORTGAGE, INC. C/O CENLAR FSB |
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | LSF9 Master Participation Trust |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | | PNC Bank, National Association |
| cr | *+ | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14249217 | * | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249228 | * | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14261604 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14365375 | * | Tawnya Davis, 102 Campbell Avenue, Connellsville, PA 15425-2801 |
| 14249208 | ## | Bill Arnold, 508 Braden Ave, Derry, PA 15627-1724 |
| 14249224 | ## | Jessica Shearer, 504 Braden Ave, Derry, PA 15627-1724 |
| 14249236 | ## | Shawn Evans, 816 W 1st Ave, Derry, PA 15627-1404 |
| 14249239 | ## | Tawnya Davis, 102 Campbell Ave, Connellsville, PA 15425-2801 |

TOTAL: 11 Undeliverable, 5 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0315-2 User: jhel Page 4 of 5
Date Rcvd: Mar 11, 2021 Form ID: 213 Total Noticed: 69

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021       Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

**Name**   **Email Address**

Brett A. Solomon
on behalf of Creditor First Commonwealth Bank brett.solomon@solomon-legal.com

Brian Nicholas
on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com

Daniel Philip Jones
on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com  bkecf@sterneisenberg.com

Elizabeth Lamont Wassall
on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Harry B. Reese
on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Harry B. Reese
on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

James A. Prostko
on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

James P. Valecko
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com

Jeremy J. Kobeski
on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jerome B. Blank
on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jerome B. Blank
on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com

Jill Manuel-Coughlin
on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

John F. Goryl
on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

Joseph A. Dessoye
on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Joshua I. Goldman
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Joshua I. Goldman
on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

District/off: 0315-2 | User: jhel | Page 5 of 5
Date Rcvd: Mar 11, 2021 | Form ID: 213 | Total Noticed: 69

Keri P. Ebeck
    on behalf of Creditor PNC Bank  National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE  INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew R. Schimizzi
    on behalf of Debtor Kuhns Real Estate Investments  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Attorney Schimizzi Law  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Michael C. Mazack
    on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Thomas I. Puleo
    on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com  BKGroup@goldbecklaw.com

TOTAL: 34