**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/18/2021

IN RE:

DERRIK ANTHONY KUHNS
STACI ANN KUHNS
148 RITENOUR LN
LATROBE, PA 15650-3929
XXX-XX-5067           Debtor(s)

XXX-XX-8830

Case No. 16-21971 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/18/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC~NCM/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HSBC BANK USA NA - TRUSTEE**<br>C/O PNC BANK NA<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 7,684.29<br>COMMENT: SURR/PL*1ST*BGN 5/16*CL=69452.60 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 0377 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 6,129.98<br>COMMENT: RS/DOE*SURR/PL*1ST/SCH*W/50*2 PROPERTIES~DKT!! | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0262 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 6,419.22<br>COMMENT: RS/DOE*SURR/PL*1ST/SCH*BGN 6/16*508 BRADEN AVE/PL*DK*CL=67222.56 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7004 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK NA**<br>C/O CENLAR FSB<br>ATTN BANKRUPTCY*<br>PO BOX 77409*<br>EWING, NJ 08628 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: CL9GOV W-PMT/NTCS FLD*2ND/SCH*BGN 6/16*FR CITIBANK-DOC 231*DK | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5646 |
| **CITIBANK (RE*)**<br>POB 688971<br>DES MOINES, IA 50368-8971 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3233 |
| **CITIMORTGAGE INC****<br>C/O CENLAR FSB(*)<br>ATTN BANKRUPTCY*<br>PO BOX 77409*<br>EWING, NJ 08618 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*DKT4PMT-LMT*1ST/SCH*FR CITIMTG-DOC 228 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5129 |
| **DITECH FINANCIAL LLC(*)++**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 6,699.16<br>COMMENT: RS/DOE*SURR/PL*1ST/SCH*BGN 6/16*CL=57096.12 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4217 |
| **DERRY BORO MUNICIPAL AUTHORITY**<br>620 N CHESTNUT ST<br>DERRY, PA 15627 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  2,033.67<br>COMMENT:  RS/OE*514/PL*513.29x(60+2)=LMT*1ST/SCH*BGN 6/16*CL=59233.62 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  0335 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  6,927.71<br>COMMENT:  RS/DOE*497/PL*586.43x(60+2)=LMT*1ST/SCH*BGN 6/16*SURR/PAP*CL=42770.17 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6393 |
| **UNITY TOWNSHIP MUNICIPAL AUTHORITY**<br>POB 506<br>PLEASANT UNITY, PA  15676 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  454.02<br>COMMENT:  NT PROV/AMD PL*STAT ISSUE/NO POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5511 |
| **DEREK BLASKER ESQ**<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA  19380 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br>TREVOSE, PA  19053 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JESSICA MANIS/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MICHAEL J WITHEREL ESQ**<br>WITHEREL & KOVACIK<br>966 PERRY HWY<br>PITTSBURGH, PA  15237 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MICHAEL T MCKEEVER ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **UDREN LAW OFFICES PC++**<br>ATTN BANKRUPTCY DEPT<br>111 WOODCREST RD STE 200<br>WOODCREST CORPORATE CTR<br>CHERRY HILL, NJ  08003-3620 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NICOLE LABLETTA ESQ/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MILSTEAD & ASSOCIATES LLC**<br>1 EAST STOW RD<br>MARLTON, NJ  08053 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ROBERT WILLIAMS ESQ/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GAITENS TUCCERI & NICHOLAS PC**<br>519 COURT PL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ROMEL NICHOLAS ESQ/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **BANK OF AMERICA NA\*\*  (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br><br>DALLAS, TX  75266-0933 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA\*\*  (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br><br>DALLAS, TX  75266-0933 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  872.39<br>COMMENT:  NO ACCT/SCH\*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5385 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BANK ONE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~DMSTCTNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~FASHION BUG/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  1,034.10<br>COMMENT:  NO ACNT NUM/SCH\*SHERMAN/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9691 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:6 | CLAIM: 200.64<br>COMMENT: NO ACCT NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0570 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~TOYS R US/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT PROTECTION ASSN.**<br>NOEL ROAD<br>P. O. BOX 802068<br>DALLAS, TX 75380 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LAW OFFICE OF DANIEL SANTUCCI**<br>1333 RACE ST<br>PHILADELPHIA, PA 19107 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BILL ARNOLD**<br>508 BRADEN AVE<br>DERRY, PA 15627-1724 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CHARLENE SCHMIDT**<br>310 N LIBERTY ST<br>BLAIRSVILLE, PA 15717-1322 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JESSICA SHEARER**<br>504 BRADEN AVE<br>DERRY, PA 15627-1724 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JUDY MCINTIRE**<br>310 N LIBERTY ST<br>BLAIRSVILLE, PA 15717-1322 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MARUIN SLEE**<br>PO BOX 196<br><br>ROBINSON, PA  15949-0196 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEAK SLEE**<br>PO BOX 196<br><br>ROBINSON, PA  15949-0196 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SHAWN EVANS**<br>816 W 1ST AVE<br><br>DERRY, PA  15627-1404 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TAWNYA DAVIS**<br>102 CAMPBELL AVE<br><br>CONNELLSVILLE, PA  15425-2801 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G*AMD NAME/NTC | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **THOMAS CHERIO**<br>PO BOX 45<br><br>ROBINSON, PA  15949-0045 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KUHNS REAL ESTATE INVESTMENT LLC**<br>148 RITENOUR LN<br><br>LATROBE, PA  15650-3929 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ASHLEY KELLY**<br>60 POPLAR ST<br><br>DERRY, PA  15627 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /AMD G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*10k/PL*1ST/SCH*THRU 5/16*ARRS 2B PD@SALE?~DKT!!*CL=9538.01 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0335 |
| **CITIBANK NA**<br>C/O CENLAR FSB<br>ATTN BANKRUPTCY*<br>PO BOX 77409*<br>EWING, NJ  08628 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM: 5,804.94<br>COMMENT: CL9GOV*$/CL-PL*2ND/SCH*THRU 5/16*FR CITIBANK-DOC 231*DK | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5646 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA  15701 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*1ST/SCH*2 PROPERTIES*W/3*ARRS 2B PD@SALE?~DKT!!*CL=1 | | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0262 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Credit Info |
|---|---|---|
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM:  0.00<br>COMMENT:  RS/DOE*SURR/PL*1ST/SCH*THRU 5/16*508 BRADEN AVE/PL*DK*CL=13193.90 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 7004 |
| **HSBC BANK USA NA - TRUSTEE**<br>C/O PNC BANK NA<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM:  0.00<br>COMMENT:  RS/DOE*1ST*SURR/PL*CL=10931.72 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 0377 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM:  0.00<br>COMMENT:  8k/PL*1ST/SCH*ARRS 2B PD@SALE?~DKT!!*SURR/PAP*CL=10473.16 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 6393 |
| **DITECH FINANCIAL LLC(*)++**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL  32202 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM:  0.00<br>COMMENT:  RS/DOE*1ST/SCH*SURR/PL*CL=6501.08 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 4217 |
| **STONEBERRY**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM:  399.59<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7C2G |
| **CITIMORTGAGE INC\*\***<br>C/O CENLAR FSB(*)<br>ATTN BANKRUPTCY*<br>PO BOX 77409*<br>EWING, NJ  08618 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  2,776.02<br>COMMENT:  2776/PL*1ST/SCH*FR CITIBANK-DOC 228 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 5129 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LSF9 MSTR PRTCPTN TRST/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM:  61.98<br>COMMENT:  NT/SCH*LABCORP*SVC BGN 5/12/16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5250 |
| **RONDA J WINNECOUR PA ID #30399\*\***<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  408.68<br>COMMENT:  SEE DKT*RSV FOR RECEIPT OF FUNDS. | CRED DESC:  FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:60  INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM:  0.00<br>COMMENT:  RS/DOE*SURR/PL@508 BRADEN AVE*CLM@CID 4, 51*DK | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **STERN & EISENBERG LP** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1581 MAIN ST STE 200 | Court Claim Number: | ACCOUNT NO.: |
| THE SHOPPES AT VALLEY SQUARE | | |
| | CLAIM:  0.00 | |
| WARRINGTON, PA  18976 | COMMENT:  CITIMORTGAGE/PRAE | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK/PRAE | |