

Exhibit "A"