IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Derrick Anthony Kuhns        :      Case No. 16-21971-GLT
aka Derrick A. Kuhns, aka Derrick A. Kuhas
Staci Ann Kuhns
Aks Stacy A. Kuhns, aka Stacie A. Kuhns,
dba Staci's Cookies, Cakes and Catering

                               :      Chapter 13
           Debtor(s)        :
Ronda J. Winnecour, Trustee     :
                               :      Re Doc. 246
          Movant(s)       :
                               :
          vs.               :
Derrick Anthony Kuhns       :
aka Derrick A. Kuhns, aka Derrick A. Kuhas
Staci Ann Kuhns
aka Stacy A. Kuhns, aka Stacie A. Kuhns,
dba Staci's Cookies, Cakes and Catering
    :
                              : Hearing Date:  7/28/21 at 9:00 AM
         Respondent(s)      :

## CERTIFICATE OF SERVICE

I, Leslie Carilli of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.

**Certify:**

That I am, and at all times hereinafter mentioned, more than 18 years of age;

That on the 10th day of May 2021, I served a copy of the **Notice and Order Scheduling Hearing and Response Deadline Regarding Motion of the Chapter 13 Trustee's Certificate of Default Requesting Dismissal of Chapter 13 Bankruptcy Case**

**The Parties in interest served in this proceeding, by:**
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA  15222

Derrick Anthony Kuhns
Staci Ann Kuhns
148 Ritenour LN
Latrobe, PA 15650-3929


Matthew Schimizzi Esq.
Keystone Commons
35 West Pittsburgh St.
Greensburg, PA 15601


**I certify under penalty of perjury that the foregoing is true and correct.**


**Executed on 5/10/2021**            /s/ Leslie Carilli
                                     Leslie Carilli
                                     Suite 3250- US Steel Tower
                                     600 Grant Street
                                     Pittsburgh PA 15219
                                     412-471-5566
                                     cmecf@chapter13trusteewdpa.com