FILED
5/11/21 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :    Case No. 16-21971-GLT
**DERRIK ANTHONY KUHNS and**                        :    Chapter 13
**STACI ANN KUHNS,**                                :
                                                    :    Related to Dkt. No. 255
       Debtors,                                 :

## ORDER

This matter is before the Court upon the *Order Vacating Dismissal of Case Without Prejudice* [Dkt. No. 255] dated May 17, 2021 which was erroneously entered.

Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the *Order reinstating the case* dated May 17, 2021 at Dkt. No. 255 is **VACATED**. The *Trustee's Certificate of Default to Dismiss* [Dkt. No. 246] scheduled for July 28, 2021 is CANCELLED.

_____
Gregory L. Maddonio    jah
United States Bankruptcy Judge

Case Administrator to mail to:
Mailing matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21971-GLT |
| Derrik Anthony Kuhns | Chapter 13 |
| Staci Ann Kuhns | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 5 |
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| aty | + | Schimizzi Law, LLC, 35 W. Pittsburgh St., Greensburg, PA 15601-2323 |
| r | + | Barbara A. Fichtner, Northwood Realty Services, 801 N. Greengate Road, Greensburg, PA 15601-7460 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14249207 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14236295 | + | Brett A. Solomon, Esquire, 1500 One PPG Pl, Pittsburgh, PA 15222-5416 |
| 15162168 | + | CENLAR FSB SUBSERVICING ON BEHALF OF Et.Al, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 15176101 | + | CITIBANK, N.A. C/O CENLAR, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14249221 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14249213 | | Charlene Schmitt, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14266641 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14236298 | | Citibank, N.A., PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236300 | | Citimortgage, PO Box 6205, Sioux Falls, SD 57117-6205 |
| 14236301 | | Citimortgage, PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236302 | | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 14249223 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14318601 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14248748 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14236305 | | Jessica N. Manis, Esquire, 8 Neshaminy Interplex Dr Ste 215, Trevose, PA 19053-6980 |
| 14249224 | | Jessica Shearer, 504 Braden Ave, Derry, PA 15627-1724 |
| 14249225 | | Judy McIntire, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14318733 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14318731 | + | LSFP MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14249226 | | Maruin Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249227 | | Michael J. Witherel, Esquire, 966 Perry Hwy, Pittsburgh, PA 15237-2107 |
| 14236306 | | Michael T. McKeever, Esquire, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14249229 | | Municipal Authority of Derry Borough, 620 N Chestnut St, Derry, PA 15627-1728 |
| 14261603 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, T 75261-9741 |
| 14236308 | | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14247562 | + | Nationstar Mortgage, LLC, c/o Alexander K. Lee, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14249230 | | Nicole B. Labletta, Esq., 111 Woodcrest Rd Ste 2000, Cherry Hill, NJ 08003-3620 |
| 14249231 | | Peak Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249232 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14249233 | | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14236310 | | Robert W. Williams, Esquire, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14236311 | | Romel L. Nicholas, Esquire, 519 Court Pl, Pittsburgh, PA 15219-2002 |

| District/off: 0315-2 | User: bsil | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 70 |

| | | |
|---|---|---|
| 14249240 | | Theresa Cherio, PO Box 45, Robinson, PA 15949-0045 |
| 14265942 | + | Unity Township Municipal Authority, ATTN: Joseph G. Lucas, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14315383 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2021 00:49:04 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14249209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 00:47:17 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14249210 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 00:50:49 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14249211 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 00:50:49 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14249212 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 00:47:17 | Capital One Bank, USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14236296 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2021 00:47:21 | Citibank, N.A, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14236297 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2021 00:49:05 | Citibank, N.A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 14249216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2021 00:47:20 | Citibank, N.A, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 14308897 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2021 00:49:04 | Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 14236299 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2021 00:50:56 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249218 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2021 01:59:00 | Comenity Bank/DMSTCTNS, PO Box 182789, Columbus, OH 43218-2789 |
| 14249219 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2021 01:59:00 | Comenity Bank/Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 14249220 | | Email/PDF: creditonebknotifications@resurgent.com | May 12 2021 00:49:02 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14249222 | | Email/Text: notices@burt-law.com | May 12 2021 02:00:00 | Derek C. Blasker, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5601 |
| 14236303 | | Email/Text: bankruptcynotice@fcbanking.com | May 12 2021 01:59:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14236304 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2021 01:59:00 | HSBC Bank USA, NA, c/o PNC Bank, NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14249214 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 12 2021 00:49:01 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249215 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 12 2021 00:49:01 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249642 | + | Email/Text: bankruptcydpt@mcmcg.com | May 12 2021 01:59:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14236307 | | Email/Text: bankruptcydpt@mcmcg.com | May 12 2021 01:59:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14236309 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2021 01:59:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14311729 | + | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14318545 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2021 01:59:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| | | | May 12 2021 01:59:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14249234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2021 00:49:03 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14297850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2021 00:49:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14267439 | + | Email/Text: bankruptcy@sccompanies.com | May 12 2021 02:00:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249235 | | Email/Text: bankruptcy@sccompanies.com | May 12 2021 02:00:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14267440 | + | Email/Text: bankruptcy@sccompanies.com | May 12 2021 01:59:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249237 | | Email/PDF: gecsedi@recoverycorp.com | May 12 2021 00:47:17 | Synchrony Bank - JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14249238 | | Email/PDF: gecsedi@recoverycorp.com | May 12 2021 00:47:17 | Synchrony Bank/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 14236312 | | Email/Text: lorir@utmapa.org | May 12 2021 02:00:00 | Unity Township Municipal Authority, PO Box 506, Pleasant Unity, PA 15676-0506 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, |
| cr | | CITIBANK, N.A. C/O CENLAR, FSB |
| cr | | CITIMORTGAGE INC |
| cr | | CITIMORTGAGE, INC. C/O CENLAR FSB |
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | LSF9 Master Participation Trust |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | | PNC Bank, National Association |
| cr | *+ | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14249217 | * | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249228 | * | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14261604 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14365375 | * | Tawnya Davis, 102 Campbell Avenue, Connellsville, PA 15425-2801 |
| 14249208 | ## | Bill Arnold, 508 Braden Ave, Derry, PA 15627-1724 |
| 14249236 | ## | Shawn Evans, 816 W 1st Ave, Derry, PA 15627-1404 |
| 14249239 | ## | Tawnya Davis, 102 Campbell Ave, Connellsville, PA 15425-2801 |

TOTAL: 11 Undeliverable, 5 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021            Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor First Commonwealth Bank brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com |
| Harry B. Reese | on behalf of Creditor CITIBANK N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com |
| Harry B. Reese | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| James P. Valecko | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| John F. Goryl | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Joseph A. Dessoye | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Joshua I. Goldman | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Keri P. Ebeck | on behalf of Creditor PNC Bank National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Maria Miksich | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 5 of 5 |
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 70 |

on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew R. Schimizzi
on behalf of Debtor Kuhns Real Estate Investments LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
on behalf of Attorney Schimizzi Law LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Michael C. Mazack
on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
on behalf of Creditor CITIBANK N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Sarah Kathleen McCaffery
on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com

Thomas I. Puleo
on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com BKGroup@goldbecklaw.com

TOTAL: 35