Certificate Number: 05781-PAW-DE-035803801

Bankruptcy Case Number: 16-21971



05781-PAW-DE-035803801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2021, at 11:25 o'clock AM PDT, Derrik Kuhns completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 1, 2021

By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President