**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| DERRIK ANTHONY KUHNS, a/k/a ) | Bankruptcy No. 16-21971-GLT |
| DERRICK A. KUHNS, a/k/a ) | |
| DERRIK A. KUHAS, and ) | Chapter 13 |
| STACI ANN KUHNS, a/k/a ) | |
| STACEY A. KUHNS, a/k/a STACIE A. KUHNS, ) | Doc. No. |
| d/b/a STACI'S COOKIES, CAKES AND CATERING, ) | |
| Debtors, ) | Related to Doc. No. |
| ) | |
| ) | |
| DERRIK ANTHONY KUHNS and ) | |
| STACI ANN KUHNS, ) | |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENTS. ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 1, 2021, at docket numbers 263 and 264, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by having *Certificates of Completion* filed by Sage Personal Finance evidencing Debtors' completion of the *Post-Petition Instructional Course in Personal Financial Management*.

    This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

    Dated: July 2, 2021         /s/ Matthew R. Schimizzi
    Matthew R. Schimizzi, Esquire
    Counsel for Debtors
    PA I.D. 307432
    Schimizzi Law, LLC
    Keystone Commons
    35 W. Pittsburgh St.
    Greensburg, PA 15601
    Phone: (724) 838-9722
    Fax:    (724) 837-7868
    Email: mrs@schimizzilaw.com