# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRIK ANTHONY KUHNS, a/k/a DERRICK A. KUHNS, a/k/a DERRIK A. KUHAS, and STACI ANN KUHNS, a/k/a STACEY A. KUHNS, a/k/a STACIE A. KUHNS, d/b/a STACI'S COOKIES, CAKES AND CATERING,<br>    Debtors, | No. 16-21971-GLT<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. Nos. 252 & 266<br><br>Hearing Date: 7/21/2021 |
| DERRIK ANTHONY KUHNS and STACI ANN KUHNS,<br>    Movants,<br>    -vs-<br>RONDA J. WINNECOUR, TRUSTEE,<br>    Respondent. | Hearing Time: 11:00 a.m. |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO VACATE ORDER DISMISSING CASE WITHOUT PREJUDICE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Vacate Order Dismissing Case Without Prejudice** filed on May 5, 2021 at document number 252 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than July 7, 2021.

It is hereby respectfully requested that the Order attached to the motion be entered by the Court.

                                                                            Respectfully submitted:

                                                                            SCHIMIZZI LAW, LLC

Date: July 12, 2021        By:    /s/ Matthew R. Schimizzi
                                                        Matthew R. Schimizzi, Esquire
                                                        Counsel for Debtors
                                                        PA I.D.: 307432
                                                        Keystone Commons
                                                        35 West Pittsburgh Street
                                                        Greensburg, PA 15601
                                                        Phone: (724) 838-9722
                                                        Email: mrs@schimizzilaw.com

**PAWB Local Form 25 (07/13)**