Case 16-21971-GLT    Doc 270    Filed 08/20/21    Entered 08/20/21 15:58:51    Desc Main
Document    Page 1 of 1

FILED
8/20/21 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** DERRIK ANTHONY & STACI ANN KUHNS
**Case Number:** 16-21971-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 19, 2021 09:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#246 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 246 / 0

## Appearances:

Schimizzi

Debtor:
Trustee: Winnecour / Warmbrodt / Katz / (DeSimone)
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

**The Trustee's certificate of default, requesting dismissal, is withdrawn.**

8/10/2021    1:30:56PM