FILED
9/24/21 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 16-21971-GLT |
| | : | Chapter 13 |
| **DERRIK ANTHONY KUHNS** | : | |
| **STACI ANN KUHNS,** | : | |
| *Debtors,* | : | |
| | : | |
| **RONDA J. WINNECOUR, Chapter 13 Trustee,** | : | Related to Dkt. Nos. 273, 275 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITIMORTGAGE, INC. c/o CENLAR FSB,** | : | |
| *Respondent,* | : | |

## ORDER SETTING STATUS CONFERENCE

This matter came before the Court upon the *Response to Notice of Final Cure Payment* [Dkt. No. 275] ("Response") which relates to the *Chapter 13 Trustee's Notice of Final Cure Payment* [Dkt. No. 273] ("Notice"),

It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that:

1. A status conference on the *Notice and Response* will be held on **November 17, 2021 at 11:00 a.m.,** in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no

later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/filed/pds/glt-proc.pdf). Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

      2.   A Reply to the Response shall be filed and served no later than **October 25, 2021**.

Dated: September 24, 2021

GREGORY L. TADDONIO **jah**
UNITED STATES BANKRUPTCY JUDGE

<u>Case Administrator to Mail to:</u>
Debtors
Matthew R. Schimizzi, Esq.
Ronda J. Winnecour, Esq.
Daniel Jones, Esq.
CitiMortgage, Inc. c/a/ Cenlar FSB
Office of U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21971-GLT |
| Derrik Anthony Kuhns | Chapter 13 |
| Staci Ann Kuhns | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| | + | Citimortgage, Inc., 148 Ritenour Ln., Latrobe, PA 15650-3929 |
| 15176101 | + | CITIBANK, N.A. C/O CENLAR, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 26, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | |
| | on behalf of Creditor First Commonwealth Bank brett@solomon-legal.com |
| Brian Nicholas | |
| | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 3 |
| Date Rcvd: Sep 24, 2021 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Daniel Philip Jones
on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com  bkecf@sterneisenberg.com

Daniel Philip Jones
on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com

Elizabeth Lamont Wassall
on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com

Harry B. Reese
on behalf of Creditor CITIBANK N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Harry B. Reese
on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com

James A. Prostko
on behalf of Creditor LSF9 Master Participation Trust jprostko@c-vlaw.com  jamesprostko@gmail.com

James P. Valecko
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com

Jeremy J. Kobeski
on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com  mcupec@grenenbirsic.com

Jerome B. Blank
on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jerome B. Blank
on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com

Jill Manuel-Coughlin
on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com

John F. Goryl
on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

Joseph A. Dessoye
on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Joshua I. Goldman
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Joshua I. Goldman
on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Keri P. Ebeck
on behalf of Creditor PNC Bank National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew R. Schimizzi
on behalf of Debtor Kuhns Real Estate Investments LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
on behalf of Attorney Schimizzi Law LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com
G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com
G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Michael C. Mazack
on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com
jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                                  User: bsil                                                     Page 3 of 3
Date Rcvd: Sep 24, 2021                      Form ID: pdf900                                      Total Noticed: 3

| Name | Details |
|---|---|
| Robert Davidow | on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Sarah Kathleen McCaffery | on behalf of Creditor CITIBANK N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com |
| Sarah Kathleen McCaffery | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| Thomas I. Puleo | on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com BKGroup@goldbecklaw.com |

TOTAL: 36