Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Derrik Anthony Kuhns** | : | Case No. 16−21971−GLT |
| aka Derrick A. Kuhns, aka Derrik A. Kuhas | : | Chapter: 13 |
| **Staci Ann Kuhns** | : | |
| aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba Staci's | : | |
| **Cookies, Cakes and Catering** | : | |
| *Debtor(s)* | : | |
| | : | Related to Document No. 277 |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Hearing Date: 12/8/21 at 11:00 AM |
| | : | |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      *AND NOW,* this *The 27th of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 277 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before November 10, 2021**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on **December 8, 2021 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*/s/ Gregory L. Taddonio*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21971-GLT |
| Derrik Anthony Kuhns | Chapter 13 |
| Staci Ann Kuhns | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 5 |
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| aty | + | Schimizzi Law, LLC, 35 W. Pittsburgh St., Greensburg, PA 15601-2323 |
| r | + | Barbara A. Fichtner, Northwood Realty Services, 801 N. Greengate Road, Greensburg, PA 15601-7460 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14249207 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14249208 | | Bill Arnold, 508 Braden Ave, Derry, PA 15627-1724 |
| 14236295 | + | Brett A. Solomon, Esquire, 1500 One PPG Pl, Pittsburgh, PA 15222-5416 |
| 15162168 | + | CENLAR FSB SUBSERVICING ON BEHALF OF Et.Al, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 15176101 | + | CITIBANK, N.A. C/O CENLAR, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14249221 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14249213 | | Charlene Schmitt, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14266641 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14236298 | | Citibank, N.A., PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236300 | | Citimortgage, PO Box 6205, Sioux Falls, SD 57117-6205 |
| 14236301 | | Citimortgage, PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236302 | # | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 14249223 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14318601 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14248748 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14236305 | | Jessica N. Manis, Esquire, 8 Neshaminy Interplex Dr Ste 215, Trevose, PA 19053-6980 |
| 14249224 | | Jessica Shearer, 504 Braden Ave, Derry, PA 15627-1724 |
| 14249225 | | Judy McIntire, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14318733 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14318731 | + | LSFP MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14249226 | | Maruin Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249227 | | Michael J. Witherel, Esquire, 966 Perry Hwy, Pittsburgh, PA 15237-2107 |
| 14236306 | | Michael T. McKeever, Esquire, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14249229 | | Municipal Authority of Derry Borough, 620 N Chestnut St, Derry, PA 15627-1728 |
| 14261603 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, T 75261-9741 |
| 14236308 | | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14247562 | + | Nationstar Mortgage, LLC, c/o Alexander K. Lee, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14249230 | | Nicole B. Labletta, Esq., 111 Woodcrest Rd Ste 2000, Cherry Hill, NJ 08003-3620 |
| 14249231 | | Peak Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249232 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |

Case 16-21971-GLT   Doc 281   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: jhel | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 72 |

| | | |
|---|---|---|
| 14249233 | | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14236310 | | Robert W. Williams, Esquire, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14236311 | | Romel L. Nicholas, Esquire, 519 Court Pl, Pittsburgh, PA 15219-2002 |
| 14249236 | | Shawn Evans, 816 W 1st Ave, Derry, PA 15627-1404 |
| 14249240 | | Theresa Cherio, PO Box 45, Robinson, PA 15949-0045 |
| 14265942 | + | Unity Township Municipal Authority, ATTN: Joseph G. Lucas, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14315383 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:28 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14249209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14249210 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14249211 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:48 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14249212 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:48 | Capital One Bank, USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14236296 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:52 | Citibank, N.A, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14236297 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:53 | Citibank, N.A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 14249216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:54 | Citibank, N.A, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 14308897 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:29 | Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 14236299 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:31 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249218 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity Bank/DMSTCTNS, PO Box 182789, Columbus, OH 43218-2789 |
| 14249219 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity Bank/Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 14249220 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:27 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14249222 | | Email/Text: notices@burt-law.com | Sep 27 2021 23:25:00 | Derek C. Blasker, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5601 |
| 14236303 | | Email/Text: bankruptcynotice@fcbanking.com | Sep 27 2021 23:24:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14236304 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | HSBC Bank USA, NA, c/o PNC Bank, NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14249214 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:47 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249215 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:47 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249642 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14236307 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | Midland Funding, LLC, 2365 Northside Dr Ste |

Case 16-21971-GLT   Doc 281   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: jhel | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 72 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 300, San Diego, CA 92108-2709 |
| 14236309 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14311729 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14318545 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14249234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:51 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14297850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14267439 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249235 | | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14267440 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:24:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249237 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:21 | Synchrony Bank - JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14249238 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:21 | Synchrony Bank/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 14236312 | | Email/Text: lorir@utmapa.org | Sep 27 2021 23:25:00 | Unity Township Municipal Authority, PO Box 506, Pleasant Unity, PA 15676-0506 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, |
| cr | | CITIBANK, N.A. C/O CENLAR, FSB |
| cr | | CITIMORTGAGE INC |
| cr | | CITIMORTGAGE, INC. C/O CENLAR FSB |
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | LSF9 Master Participation Trust |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | | PNC Bank, National Association |
| cr | *+ | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14249217 | * | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249228 | * | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14261604 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14365375 | * | Tawnya Davis, 102 Campbell Avenue, Connellsville, PA 15425-2801 |
| 14249239 | ## | Tawnya Davis, 102 Campbell Ave, Connellsville, PA 15425-2801 |

TOTAL: 11 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 5 |
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 72 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

**Name**          **Email Address**

Brett A. Solomon
        on behalf of Creditor First Commonwealth Bank brett@solomon-legal.com

Brian Nicholas
        on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Brian Nicholas
        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com

Brian Nicholas
        on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Brian Nicholas
        on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com

Daniel Philip Jones
        on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com  bkecf@sterneisenberg.com

Daniel Philip Jones
        on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com

Elizabeth Lamont Wassall
        on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Harry B. Reese
        on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Harry B. Reese
        on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

James A. Prostko
        on behalf of Creditor LSF9 Master Participation Trust jprostko@c-vlaw.com  jamesprostko@gmail.com

James P. Valecko
        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com

Jeremy J. Kobeski
        on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com  mcupec@grenenbirsic.com

Jerome B. Blank
        on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jerome B. Blank
        on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com

Jill Manuel-Coughlin
        on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com

Jill Manuel-Coughlin
        on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

John F. Goryl
        on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

Joseph A. Dessoye
        on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Joshua I. Goldman
        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com,

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 5 of 5 |
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 72 |

    angelica.reyes@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Keri P. Ebeck
    on behalf of Creditor PNC Bank  National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE  INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew R. Schimizzi
    on behalf of Debtor Kuhns Real Estate Investments  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Attorney Schimizzi Law  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Michael C. Mazack
    on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Sarah Kathleen McCaffery
    on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

Thomas I. Puleo
    on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com  BKGroup@goldbecklaw.com

TOTAL: 36