**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DERRIK ANTHONY KUHNS<br>STACI ANN KUHNS<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-21971<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/25/2016 and confirmed on 8/11/16. The case was subsequently         Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 146,781.68 |
| Less Refunds to Debtor | 155.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,626.57 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,031.49 | |
|   Trustee Fee | 6,371.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,402.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HSBC BANK USA NA - TRUSTEE | 7,684.29 | 7,684.29 | 0.00 | 7,684.29 |
|     Acct: 0377 | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 6,419.22 | 6,419.22 | 0.00 | 6,419.22 |
|     Acct: 7004 | | | | |
|   CITIBANK NA | 0.00 | 58,327.13 | 0.00 | 58,327.13 |
|     Acct: 5646 | | | | |
|   CITIMORTGAGE INC** | 0.00 | 29,990.48 | 0.00 | 29,990.48 |
|     Acct: 5129 | | | | |
|   DITECH FINANCIAL LLC(*)++ | 6,699.16 | 6,699.16 | 0.00 | 6,699.16 |
|     Acct: 4217 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 2,033.67 | 2,033.67 | 0.00 | 2,033.67 |
|     Acct: 0335 | | | | |
|   PNC BANK NA | 6,927.71 | 6,927.71 | 0.00 | 6,927.71 |
|     Acct: 6393 | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0335 | | | | |
|   CITIBANK NA | 5,804.94 | 5,804.94 | 0.00 | 5,804.94 |
|     Acct: 5646 | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7004 | | | | |
|   HSBC BANK USA NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0377 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6393 | | | | |
|   DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4217 | | | | |
|   CITIMORTGAGE INC** | 2,776.02 | 2,776.02 | 0.00 | 2,776.02 |
|     Acct: 5129 | | | | |
|   DERRY BORO MUNICIPAL AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIBANK (RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3233 | | | | |
| | | | | 126,662.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MATTHEW SCHIMIZZI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DERRIK ANTHONY KUHNS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DERRIK ANTHONY KUHNS | 155.11 | 155.11 | 0.00 | 0.00 |
| Acct: | | | | |
| SCHIMIZZI LAW LLC | 1,810.00 | 1,810.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCHIMIZZI LAW LLC | 2,221.49 | 2,221.49 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-17 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 408.68 | 408.68 | 0.00 | 408.68 |
| Acct: $/OE | | | | |
| | | | | 408.68 |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK* | 6,129.98 | 6,129.98 | 0.00 | 6,129.98 |
| Acct: 0262 | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0262 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITY TOWNSHIP MUNICIPAL AUTHORIT | 454.02 | 454.02 | 0.00 | 454.02 |
| Acct: 5511 | | | | |
| BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 872.39 | 872.39 | 0.00 | 872.39 |
| Acct: 5385 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,034.10 | 1,034.10 | 0.00 | 1,034.10 |
| Acct: 9691 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEVENTH AVENUE | 200.64 | 200.64 | 0.00 | 200.64 |
| Acct: 0570 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STONEBERRY | 399.59 | 399.59 | 0.00 | 399.59 |
| Acct: 7C2G | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | 61.98 | 61.98 | 0.00 | 61.98 |
| Acct: 5250 | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEREK BLASKER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL J WITHEREL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| MICHAEL T MCKEEVER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GAITENS TUCCERI & NICHOLAS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BILL ARNOLD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLENE SCHMIDT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JESSICA SHEARER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUDY MCINTIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARUIN SLEE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEAK SLEE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN EVANS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAWNYA DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS CHERIO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF DANIEL SANTUCCI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KUHNS REAL ESTATE INVESTMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASHLEY KELLY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,152.70 |

TOTAL PAID TO CREDITORS                                                                          136,224.00

```
TOTAL CLAIMED
  PRIORITY              408.68
  SECURED            38,345.01
  UNSECURED           9,152.70
```

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DERRIK ANTHONY KUHNS<br>　STACI ANN KUHNS<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:16-21971<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Derrik Anthony Kuhns  
Staci Ann Kuhns  
    Debtors

Case No. 16-21971-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 5  
Date Rcvd: Sep 27, 2021      Form ID: pdf900      Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| aty | + | Schimizzi Law, LLC, 35 W. Pittsburgh St., Greensburg, PA 15601-2323 |
| r | + | Barbara A. Fichtner, Northwood Realty Services, 801 N. Greengate Road, Greensburg, PA 15601-7460 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14249207 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14249208 | | Bill Arnold, 508 Braden Ave, Derry, PA 15627-1724 |
| 14236295 | + | Brett A. Solomon, Esquire, 1500 One PPG Pl, Pittsburgh, PA 15222-5416 |
| 15162168 | + | CENLAR FSB SUBSERVICING ON BEHALF OF Et.Al, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 15176101 | + | CITIBANK, N.A. C/O CENLAR, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14249221 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14249213 | | Charlene Schmitt, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14266641 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14236298 | | Citibank, N.A., PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236300 | | Citimortgage, PO Box 6205, Sioux Falls, SD 57117-6205 |
| 14236301 | | Citimortgage, PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236302 | # | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 14249223 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14318601 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14248748 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14236305 | | Jessica N. Manis, Esquire, 8 Neshaminy Interplex Dr Ste 215, Trevose, PA 19053-6980 |
| 14249224 | | Jessica Shearer, 504 Braden Ave, Derry, PA 15627-1724 |
| 14249225 | | Judy McIntire, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14318733 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14318731 | + | LSFP MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14249226 | | Maruin Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249227 | | Michael J. Witherel, Esquire, 966 Perry Hwy, Pittsburgh, PA 15237-2107 |
| 14236306 | | Michael T. McKeever, Esquire, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14249229 | | Municipal Authority of Derry Borough, 620 N Chestnut St, Derry, PA 15627-1728 |
| 14261603 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, T 75261-9741 |
| 14236308 | | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14247562 | + | Nationstar Mortgage, LLC, c/o Alexander K. Lee, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14249230 | | Nicole B. Labletta, Esq., 111 Woodcrest Rd Ste 2000, Cherry Hill, NJ 08003-3620 |
| 14249231 | | Peak Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249232 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |

Case 16-21971-GLT    Doc 282    Filed 09/29/21    Entered 09/30/21 00:35:58    Desc
Imaged Certificate of Notice    Page 8 of 11

| District/off: 0315-2 | User: jhel | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 72 |

| | | |
|---|---|---|
| 14249233 | | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14236310 | | Robert W. Williams, Esquire, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14236311 | | Romel L. Nicholas, Esquire, 519 Court Pl, Pittsburgh, PA 15219-2002 |
| 14249236 | | Shawn Evans, 816 W 1st Ave, Derry, PA 15627-1404 |
| 14249240 | | Theresa Cherio, PO Box 45, Robinson, PA 15949-0045 |
| 14265942 | + | Unity Township Municipal Authority, ATTN: Joseph G. Lucas, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14315383 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:41 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14249209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:23 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14249210 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14249211 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14249212 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One Bank, USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14236296 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:28 | Citibank, N.A, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14236297 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:29 | Citibank, N.A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 14249216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:53 | Citibank, N.A, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 14308897 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:41 | Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 14236299 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:28 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249218 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity Bank/DMSTCTNS, PO Box 182789, Columbus, OH 43218-2789 |
| 14249219 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity Bank/Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 14249220 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:51 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14249222 | | Email/Text: notices@burt-law.com | Sep 27 2021 23:25:00 | Derek C. Blasker, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5601 |
| 14236303 | | Email/Text: bankruptcynotice@fcbanking.com | Sep 27 2021 23:24:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14236304 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | HSBC Bank USA, NA, c/o PNC Bank, NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14249214 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:47 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249215 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:47 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249642 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14236307 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | Midland Funding, LLC, 2365 Northside Dr Ste |

Case 16-21971-GLT    Doc 282    Filed 09/29/21    Entered 09/30/21 00:35:58    Desc
Imaged Certificate of Notice    Page 9 of 11

| District/off: 0315-2 | User: jhel | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 300, San Diego, CA 92108-2709 |
| 14236309 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14311729 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14318545 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14249234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:50 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14297850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14267439 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249235 | | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14267440 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:24:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249237 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:21 | Synchrony Bank - JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14249238 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:21 | Synchrony Bank/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 14236312 | | Email/Text: lorir@utmapa.org | Sep 27 2021 23:25:00 | Unity Township Municipal Authority, PO Box 506, Pleasant Unity, PA 15676-0506 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, |
| cr | | CITIBANK, N.A. C/O CENLAR, FSB |
| cr | | CITIMORTGAGE INC |
| cr | | CITIMORTGAGE, INC. C/O CENLAR FSB |
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | LSF9 Master Participation Trust |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | | PNC Bank, National Association |
| cr | *+ | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14249217 | * | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249228 | * | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14261604 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14365375 | * | Tawnya Davis, 102 Campbell Avenue, Connellsville, PA 15425-2801 |
| 14249239 | ## | Tawnya Davis, 102 Campbell Ave, Connellsville, PA 15425-2801 |

TOTAL: 11 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 16-21971-GLT   Doc 282   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc
Imaged Certificate of Notice   Page 10 of 11

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 5 |
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 72 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor First Commonwealth Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Harry B. Reese | on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com |
| Harry B. Reese | on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor LSF9 Master Participation Trust jprostko@c-vlaw.com  jamesprostko@gmail.com |
| James P. Valecko | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com  mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| John F. Goryl | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| Joseph A. Dessoye | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Joshua I. Goldman | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com, |

Case 16-21971-GLT    Doc 282    Filed 09/29/21    Entered 09/30/21 00:35:58    Desc
Imaged Certificate of Notice    Page 11 of 11

| District/off: 0315-2 | User: jhel | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 72 |

angelica.reyes@padgettlawgroup.com

Joshua I. Goldman
    on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com

Keri P. Ebeck
    on behalf of Creditor PNC Bank National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew R. Schimizzi
    on behalf of Debtor Kuhns Real Estate Investments LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Attorney Schimizzi Law LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Michael C. Mazack
    on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor CITIBANK N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Sarah Kathleen McCaffery
    on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com

Thomas I. Puleo
    on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com BKGroup@goldbecklaw.com

TOTAL: 36