| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Derrik Anthony Kuhns** | Social Security number or ITIN   xxx–xx–5067 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Staci Ann Kuhns** | Social Security number or ITIN   xxx–xx–8830 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–21971–GLT** | |

# Order of Discharge                                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Derrik Anthony Kuhns
aka Derrick A. Kuhns, aka Derrik A. Kuhas

Staci Ann Kuhns
aka Stacey A. Kuhns, aka Stacie A. Kuhns, dba Staci's Cookies, Cakes and Catering

11/15/21

**By the court:**    Gregory L. Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21971-GLT |
| Derrik Anthony Kuhns | Chapter 13 |
| Staci Ann Kuhns | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 5 |
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 75 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| aty | + | Schimizzi Law, LLC, 35 W. Pittsburgh St., Greensburg, PA 15601-2323 |
| r | + | Barbara A. Fichtner, Northwood Realty Services, 801 N. Greengate Road, Greensburg, PA 15601-7460 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14249208 | | Bill Arnold, 508 Braden Ave, Derry, PA 15627-1724 |
| 14236295 | + | Brett A. Solomon, Esquire, 1500 One PPG Pl, Pittsburgh, PA 15222-5416 |
| 15162168 | + | CENLAR FSB SUBSERVICING ON BEHALF OF Et.Al, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 15176101 | + | CITIBANK, N.A. C/O CENLAR, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14249221 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14249213 | | Charlene Schmitt, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14266641 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14236298 | | Citibank, N.A., PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236300 | | Citimortgage, PO Box 6205, Sioux Falls, SD 57117-6205 |
| 14236301 | | Citimortgage, PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236302 | # | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 14249223 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14318601 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14248748 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14236305 | | Jessica N. Manis, Esquire, 8 Neshaminy Interplex Dr Ste 215, Trevose, PA 19053-6980 |
| 14249224 | | Jessica Shearer, 504 Braden Ave, Derry, PA 15627-1724 |
| 14249225 | | Judy McIntire, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14318733 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14318731 | + | LSFP MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14249226 | | Maruin Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249227 | | Michael J. Witherel, Esquire, 966 Perry Hwy, Pittsburgh, PA 15237-2107 |
| 14236306 | | Michael T. McKeever, Esquire, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14249229 | | Municipal Authority of Derry Borough, 620 N Chestnut St, Derry, PA 15627-1728 |
| 14261603 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, T 75261-9741 |
| 14236308 | | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14247562 | + | Nationstar Mortgage, LLC, c/o Alexander K. Lee, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14249230 | | Nicole B. Labletta, Esq., 111 Woodcrest Rd Ste 2000, Cherry Hill, NJ 08003-3620 |
| 14249231 | | Peak Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249232 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14249233 | | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14236310 | | Robert W. Williams, Esquire, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14236311 | | Romel L. Nicholas, Esquire, 519 Court Pl, Pittsburgh, PA 15219-2002 |
| 14249236 | | Shawn Evans, 816 W 1st Ave, Derry, PA 15627-1404 |
| 14249239 | | Tawnya Davis, 102 Campbell Ave, Connellsville, PA 15425-2801 |

| District/off: 0315-2 | User: bsil | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 75 |

| | | |
|---|---|---|
| 14249240 | | Theresa Cherio, PO Box 45, Robinson, PA 15949-0045 |
| 14265942 | + | Unity Township Municipal Authority, ATTN: Joseph G. Lucas, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 16 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 16 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14315383 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:00 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14249207 | EDI: BANKAMER.COM | Nov 16 2021 04:23:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14249209 | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14249210 | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14249211 | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14249212 | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One Bank, USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14236296 | EDI: CITICORP.COM | Nov 16 2021 04:23:00 | Citibank, N.A, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14236297 | EDI: CITICORP.COM | Nov 16 2021 04:23:00 | Citibank, N.A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 14249216 | EDI: CITICORP.COM | Nov 16 2021 04:23:00 | Citibank, N.A, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14308897 | EDI: CITICORP.COM | Nov 16 2021 04:23:00 | Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 14236299 | EDI: CITICORP.COM | Nov 16 2021 04:23:00 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249218 | EDI: WFNNB.COM | Nov 16 2021 04:23:00 | Comenity Bank/DMSTCTNS, PO Box 182789, Columbus, OH 43218-2789 |
| 14249219 | EDI: WFNNB.COM | Nov 16 2021 04:23:00 | Comenity Bank/Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 14249220 | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 23:28:11 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14249222 | Email/Text: notices@burt-law.com | Nov 15 2021 23:29:00 | Derek C. Blasker, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5601 |
| 14236303 | Email/Text: jwalsh@fcbanking.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 15 2021 23:29:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14236304 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | HSBC Bank USA, NA, c/o PNC Bank, NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14249214 | | EDI: JPMORGANCHASE | Nov 16 2021 04:23:00 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249215 | | EDI: JPMORGANCHASE | Nov 16 2021 04:23:00 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249642 | + | EDI: MID8.COM | Nov 16 2021 04:23:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14236307 | | EDI: MID8.COM | Nov 16 2021 04:23:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14236309 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14311729 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14318545 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14249234 | | EDI: PRA.COM | Nov 16 2021 04:23:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14297850 | | EDI: PRA.COM | Nov 16 2021 04:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14267439 | + | EDI: CBS7AVE | Nov 16 2021 04:23:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249235 | | EDI: CBS7AVE | Nov 16 2021 04:23:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14267440 | + | EDI: CBSMASON | Nov 16 2021 04:23:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249237 | | EDI: RMSC.COM | Nov 16 2021 04:23:00 | Synchrony Bank - JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14249238 | | EDI: RMSC.COM | Nov 16 2021 04:23:00 | Synchrony Bank/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 14236312 | | Email/Text: lorir@utmapa.org | Nov 15 2021 23:29:00 | Unity Township Municipal Authority, PO Box 506, Pleasant Unity, PA 15676-0506 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, |
| cr | | CITIBANK, N.A. C/O CENLAR, FSB |
| cr | | CITIMORTGAGE INC |
| cr | | CITIMORTGAGE, INC. C/O CENLAR FSB |
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | LSF9 Master Participation Trust |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | | PNC Bank, National Association |
| cr | *+ | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA |

| District/off: 0315-2 | User: bsil | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 75 |

|  |  | 15222-5413 |
|---|---|---|
| 14249217 | * | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249228 | * | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14261604 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14365375 | * | Tawnya Davis, 102 Campbell Avenue, Connellsville, PA 15425-2801 |

TOTAL: 11 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021              Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

**Name**               **Email Address**

Brett A. Solomon
                       on behalf of Creditor First Commonwealth Bank brett@solomon-legal.com

Brian Nicholas
                       on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Brian Nicholas
                       on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com

Brian Nicholas
                       on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com

Brian Nicholas
                       on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com

Daniel Philip Jones
                       on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com  bkecf@sterneisenberg.com

Daniel Philip Jones
                       on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com

Elizabeth Lamont Wassall
                       on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Harry B. Reese
                       on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Harry B. Reese
                       on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

James A. Prostko
                       on behalf of Creditor LSF9 Master Participation Trust jprostko@c-vlaw.com  jamesprostko@gmail.com

James P. Valecko
                       on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com

Jeremy J. Kobeski
                       on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com  mcupec@grenenbirsic.com

Jerome B. Blank
                       on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Jerome B. Blank

Case 16-21971-GLT    Doc 288    Filed 11/17/21    Entered 11/18/21 00:29:27    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: bsil | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 75 |

| | |
|---|---|
| | on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| John F. Goryl | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Joseph A. Dessoye | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Joshua I. Goldman | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Keri P. Ebeck | on behalf of Creditor PNC Bank National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew R. Schimizzi | on behalf of Debtor Kuhns Real Estate Investments LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Attorney Schimizzi Law LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Michael C. Mazack | on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Sarah Kathleen McCaffery | on behalf of Creditor CITIBANK N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com |
| Sarah Kathleen McCaffery | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| Thomas I. Puleo | on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com BKGroup@goldbecklaw.com |

TOTAL: 36