**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/15/21 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DERRIK ANTHONY KUHNS
STACI ANN KUHNS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-21971

Chapter 13
Related to Dkt. No. 277

ORDER OF COURT

  AND NOW, this 15th day of November 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 16-21971-GLT

Derrik Anthony Kuhns                               Chapter 13

Staci Ann Kuhns

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: bsil                                 Page 1 of 5

Date Rcvd: Nov 15, 2021                  Form ID: pdf900                      Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol     Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrik Anthony Kuhns, Staci Ann Kuhns, 148 Ritenour Ln, Latrobe, PA 15650-3929 |
| aty | + | Schimizzi Law, LLC, 35 W. Pittsburgh St., Greensburg, PA 15601-2323 |
| r | + | Barbara A. Fichtner, Northwood Realty Services, 801 N. Greengate Road, Greensburg, PA 15601-7460 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14249207 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14249208 | | Bill Arnold, 508 Braden Ave, Derry, PA 15627-1724 |
| 14236295 | + | Brett A. Solomon, Esquire, 1500 One PPG Pl, Pittsburgh, PA 15222-5416 |
| 15162168 | + | CENLAR FSB SUBSERVICING ON BEHALF OF Et.Al, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 15176101 | + | CITIBANK, N.A. C/O CENLAR, FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14249221 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14249213 | | Charlene Schmitt, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14266641 | + | CitiMortgage, Inc., c/o Cenlar, FSB, 425 Philips Blvd., Ewing, NJ 08618-1430 |
| 14236298 | | Citibank, N.A., PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236300 | | Citimortgage, PO Box 6205, Sioux Falls, SD 57117-6205 |
| 14236301 | | Citimortgage, PO Box 78015, Phoenix, AZ 85062-8015 |
| 14236302 | # | Daniel Santucci, 1 International Plz Fl 5, Philadelphia, PA 19113-1510 |
| 14249223 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14318601 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14248748 | + | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14236305 | | Jessica N. Manis, Esquire, 8 Neshaminy Interplex Dr Ste 215, Trevose, PA 19053-6980 |
| 14249224 | | Jessica Shearer, 504 Braden Ave, Derry, PA 15627-1724 |
| 14249225 | | Judy McIntire, 310 N Liberty St, Blairsville, PA 15717-1322 |
| 14318733 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14318731 | + | LSFP MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 14249226 | | Maruin Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249227 | | Michael J. Witherel, Esquire, 966 Perry Hwy, Pittsburgh, PA 15237-2107 |
| 14236306 | | Michael T. McKeever, Esquire, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14249229 | | Municipal Authority of Derry Borough, 620 N Chestnut St, Derry, PA 15627-1728 |
| 14261603 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, T 75261-9741 |
| 14236308 | | Nationstar Mortgage, PO Box 619094, Dallas, TX 75261-9094 |
| 14247562 | + | Nationstar Mortgage, LLC, c/o Alexander K. Lee, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14249230 | | Nicole B. Labletta, Esq., 111 Woodcrest Rd Ste 2000, Cherry Hill, NJ 08003-3620 |
| 14249231 | | Peak Slee, PO Box 196, Robinson, PA 15949-0196 |
| 14249232 | | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14249233 | | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14236310 | | Robert W. Williams, Esquire, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14236311 | | Romel L. Nicholas, Esquire, 519 Court Pl, Pittsburgh, PA 15219-2002 |

| | | |
|---|---|---|
| 14249236 | | Shawn Evans, 816 W 1st Ave, Derry, PA 15627-1404 |
| 14249239 | | Tawnya Davis, 102 Campbell Ave, Connellsville, PA 15425-2801 |
| 14249240 | | Theresa Cherio, PO Box 45, Robinson, PA 15949-0045 |
| 14265942 | + | Unity Township Municipal Authority, ATTN: Joseph G. Lucas, Esquire, 519 Court Place, Pittsburgh, PA 15219-2002 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14315383 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 23:28:11 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14249209 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:28:22 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14249210 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:27:59 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14249211 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:28:22 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14249212 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:28:10 | Capital One Bank, USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14236296 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:12 | Citibank, N.A, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14236297 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:23 | Citibank, N.A, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 14249216 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:00 | Citibank, N.A, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14308897 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:23 | Citibank, N.A., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 14236299 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:00 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249218 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2021 23:29:00 | Comenity Bank/DMSTCTNS, PO Box 182789, Columbus, OH 43218-2789 |
| 14249219 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2021 23:29:00 | Comenity Bank/Fashion Bug, PO Box 182789, Columbus, OH 43218-2789 |
| 14249220 | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 23:27:59 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14249222 | Email/Text: notices@burt-law.com | Nov 15 2021 23:29:00 | Derek C. Blasker, Esquire, 1060 Andrew Dr Ste 170, West Chester, PA 19380-5601 |
| 14236303 | Email/Text: jwalsh@fcbanking.com | Nov 15 2021 23:29:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14236304 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | HSBC Bank USA, NA, c/o PNC Bank, NA, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14249214 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 15 2021 23:27:59 | Chase Bank USA, NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249215 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 15 2021 23:28:21 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14249642 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2021 23:29:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14236307 | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2021 23:29:00 | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14236309 | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: bsil | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 15 2021 23:29:00 | PNC Bank, 3232 Newmark Dr, Miamisburg, OH 45342-5421 |
| 14311729 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14318545 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14249234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:28:22 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14297850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:28:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14267439 | + | Email/Text: bankruptcy@sccompanies.com | Nov 15 2021 23:29:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249235 | | Email/Text: bankruptcy@sccompanies.com | Nov 15 2021 23:29:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14267440 | + | Email/Text: bankruptcy@sccompanies.com | Nov 15 2021 23:29:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14249237 | | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:28:10 | Synchrony Bank - JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 14249238 | | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:28:10 | Synchrony Bank/Toys R Us, PO Box 965001, Orlando, FL 32896-5001 |
| 14236312 | | Email/Text: lorir@utmapa.org | Nov 15 2021 23:29:00 | Unity Township Municipal Authority, PO Box 506, Pleasant Unity, PA 15676-0506 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE, |
| cr | | CITIBANK, N.A. C/O CENLAR, FSB |
| cr | | CITIMORTGAGE INC |
| cr | | CITIMORTGAGE, INC. C/O CENLAR FSB |
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC fka Green Tree Servicing LLC |
| cr | | LSF9 Master Participation Trust |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION et al... |
| cr | | PNC Bank, National Association |
| cr | *+ | First Commonwealth Bank, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14249217 | * | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 14249228 | * | Midland Funding, LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14261604 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14365375 | * | Tawnya Davis, 102 Campbell Avenue, Connellsville, PA 15425-2801 |

TOTAL: 11 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2   User: bsil   Page 4 of 5
Date Rcvd: Nov 15, 2021   Form ID: pdf900   Total Noticed: 73

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021           Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor First Commonwealth Bank brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com |
| Harry B. Reese | on behalf of Creditor CITIBANK N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com |
| Harry B. Reese | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| James A. Prostko | on behalf of Creditor LSF9 Master Participation Trust jprostko@c-vlaw.com jamesprostko@gmail.com |
| James P. Valecko | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... jvalecko@weltman.com, PitEcf@weltman.com |
| Jeremy J. Kobeski | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com mcupec@grenenbirsic.com |
| Jerome B. Blank | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor CITIMORTGAGE INC pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE INC bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB bankruptcy@powerskirn.com |
| John F. Goryl | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Joseph A. Dessoye | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Joshua I. Goldman | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Nationstar Mortgage LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 5 of 5 |
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 73 |

Keri P. Ebeck
    on behalf of Creditor PNC Bank  National Association kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor CENLAR FSB SUBSERVICING ON BEHALF OF CITIMORTGAGE  INC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew R. Schimizzi
    on behalf of Debtor Kuhns Real Estate Investments  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Attorney Schimizzi Law  LLC mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Joint Debtor Staci Ann Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Matthew R. Schimizzi
    on behalf of Debtor Derrik Anthony Kuhns mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com

Michael C. Mazack
    on behalf of Creditor First Commonwealth Bank mmazack@tuckerlaw.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor CITIMORTGAGE INC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
    on behalf of Creditor CITIBANK  N.A. C/O CENLAR, FSB bankruptcy@powerskirn.com

Sarah Kathleen McCaffery
    on behalf of Creditor CITIMORTGAGE  INC. C/O CENLAR FSB bankruptcy@powerskirn.com

Thomas I. Puleo
    on behalf of Creditor Ditech Financial LLC tpuleo@goldbecklaw.com  BKGroup@goldbecklaw.com

TOTAL: 36